**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NATHANIEL POLLEY, NANCY QUIROZ, SURYA VEERAVALLI, and DANIEL GREENWALD, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NORTHWESTERN UNIVERSITY,<br><br>　　　　　Defendant. | Civil Action No. 1:20-cv-04798<br>Honorable Judge Harry D. Leinenweber |

**DECLARATION OF BRIENNE M. LETOURNEAU IN SUPPORT OF DEFENDANT**
**NORTHWESTERN UNIVERSITY'S MOTION TO DISMISS THE COMPLAINT**

I, Brienne M. Letourneau, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.　　I am counsel for Defendant Northwestern University ("Northwestern") in this action. I am a partner with Willkie Farr & Gallagher LLP, and am a member in good standing of the State Bar of Illinois. I submit this declaration on behalf of Northwestern to place before the Court documents relevant to Northwestern's Motion to Dismiss the Complaint.

2.　　Attached hereto as **Exhibit 1** is a true and correct copy of Governor J.B. Pritzker's COVID-19 Disaster Proclamation, issued on March 9, 2020, available online and accessed at: https://www2.illinois.gov/sites/gov/Documents/CoronavirusDisasterProc-3-12-2020.pdf.

3.　　Attached hereto as **Exhibit 2** is a true and correct copy of Executive Order 2020-10, an Executive Order in Response to Covid-19, issued by Governor Pritzker on March 20, 2020,

available online and accessed at: https://www2.illinois.gov/Documents/ExecOrders/2020/

ExecutiveOrder-2020-10.pdf

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 5, 2021                     /s/ Brienne M. Letourneau
                                             Brienne M. Letourneau