**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

NATHANIEL POLLEY, NANCY QUIROZ,
SURYA VEERAVALLI, and DANIEL
GREENWALD, on behalf of themselves and all
others similarly situated,

                Plaintiffs,

      v.

NORTHWESTERN UNIVERSITY,

                Defendant.

Civil Action No. 1:20-cv-04798
Honorable Judge Harry D. Leinenweber

**DECLARATION OF JACQUALYN CASAZZA IN SUPPORT OF DEFENDANT
NORTHWESTERN UNIVERSITY'S MOTION TO DISMISS THE COMPLAINT**

I, Jacqualyn Casazza, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.     I am Assistant Provost for University Records and University Registrar for Northwestern University. I submit this declaration in support of Northwestern's Motion to Dismiss the Complaint. I am familiar with the facts and circumstances set forth herein based upon personal knowledge and/or a review of my files in connection with this matter.

2.     Attached hereto as **Exhibit 1** is a true and correct copy of Northwestern's 2019-2020 Academic Calendar, available online and accessed at: https://www.registrar. northwestern.edu/documents/calendars/2019-20-academic-calendar.pdf.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Northwestern's 2020-2021 Academic Calendar, available online and accessed at: https://www.registrar.northwestern.edu/calendars/academic-calendars/.

4. Attached hereto as **Exhibit 3** is a true and correct copy of relevant excerpts from Northwestern's 2019-2020 Undergraduate Catalog, available online and accessed at: https://catalogs.northwestern.edu/archives/2019-2020/pdf/2019-2020-undergraduate.pdf. A true and correct copy of relevant excerpts from Northwestern's 2020-21 Undergraduate Catalog, available online and accessed at: https://catalogs.northwestern.edu/pdf/2020-2021-undergraduate.pdf, is attached hereto as **Exhibit 4**.

5. Attached hereto as **Exhibit 5** is a true and correct copy of relevant excerpts from Northwestern's 2019-2020 Graduate Catalog, available online and accessed at: https://catalogs.northwestern.edu/archives/2019-2020/pdf/2019-2020-tgs.pdf. A true and correct copy of relevant excerpts from Northwestern's 2020-21 Graduate Catalog, available online and accessed at: https://catalogs.northwestern.edu/pdf/2020-2021-tgs.pdf, is attached hereto as **Exhibit 6**.

6. Attached hereto as **Exhibit 7** is a true and correct copy of Northwestern's Policy on Awarding Credit dated June 2016, available online and accessed at: https://www.northwestern.edu/provost/policies/awarding-credit.html.

7. Prior to enrolling in courses and paying tuition and fees for the Fall 2020 and Winter 2021 Quarters, Northwestern required students to review and agree to abide by a community expectations agreement.

2

8.      This community expectations agreement was presented to students as an online acknowledgment form that was part of their registration materials for Fall 2020 Quarter and subsequent quarters. The text of this agreement is also included in Northwestern's 2020-2021 undergraduate course catalog.

9.      The text of the acknowledgment form for the Fall 2020 Quarter was as follows:

Northwestern University is excited, yet cautious, about welcoming students back soon. The highest priority for the University is the well-being of our Wildcat community. Northwestern has developed the following expectations for all enrolled students who return to campus or participate in any University program (even remotely). Northwestern University may modify these expectations at any time as guidance from federal, state, and local governments and/or the University evolves. Substantive modifications will be communicated to you. As a reminder, in addition to the expectations set forth below, all students are expected to follow policies applicable to students, including those contained in the Student Handbook or your specific academic program.

I agree to the following:
- I will regularly monitor the University's guidelines related to COVID-19 on the COVID-19 site and stay updated on any guidance provided by the University.
- While on campus I will abide by any additional safety or hygiene standards recommended by Northwestern, the Illinois Department of Public Health, or the CDC, including standards regarding social distancing, limiting gatherings, hand washing and sanitizing, and cleaning shared surfaces.
- I will wear a mask or face covering in all public and shared environments on campus and whenever required by the University, unless I have a medical condition that restricts my ability to do so. I understand that the face covering must meet guidelines from the Centers for Disease Control and Prevention (CDC) and Northwestern's guidance.
- I understand that I may be asked to submit to COVID-19 testing and will comply with COVID-19 testing recommendations.
- I will cooperate with any contact tracing efforts by the University.
- I will perform and document any self-monitoring or self-screening of health symptoms that the University asks me to complete, including monitoring my personal health daily and reporting any conditions as required by the University.

- I will participate in any additional health screening required by the University.
- I will immediately report any exposure to COVID-19 to Northwestern University Health Service or to any other offices/functions required by Northwestern and will not participate in in-person activities until I am cleared by the University.
- I will follow the University's guidelines on self-isolation and/or quarantining, including self-isolation for individuals who have traveled outside of the United States within the last 14 days.
- I recognize that individuals with the following conditions may have a higher risk from COVID-19 infection: age 65 or older, HIV, asthma, chronic lung disease, diabetes, serious heart condition, chronic kidney disease being treated with dialysis, severe obesity, immunocompromised, and certain pregnancy related conditions.
- If I will be residing in University housing, I will review the Expectations for Undergraduate Residents During COVID and/or the Expectations for Graduate Residents During COVID-19 and follow the expectations set forth therein.
- I will complete training programs related to COVID-19 provided by the University.

I have read and understand this summary of expectations, and agree to follow all Northwestern University guidelines related to reducing the spread of COVID-19. If I do not follow these expectations, I may be referred to the Office of Student Conduct or my dean's office for follow up. I understand these expectations may change given the evolving nature of the pandemic. I further understand that if I have questions, I can raise them with the appropriate University office. I understand and acknowledge that while Northwestern is continuing to clean, sanitize, and engage in social distancing and other best practices, and that Northwestern is continuing to follow the guidance of public health officials to help prevent the contracting or spread of COVID-19, much of the nature of the COVID-19 virus is still unknown (including potential long term health effects), and Northwestern cannot control risks associated with COVID-19 or guarantee that the campus (including any building) is free of the virus, or that I or my belongings will not be exposed to COVID-19, and that such exposure may result in illness and/or a disruption to my student experience. I understand and acknowledge that Northwestern may need to make sudden changes to the campus environment, which may also impact my experience.

I understand and acknowledge that the University hopes that at least some instruction and activities will take place in person in the

4

> upcoming term. However, the majority of courses will be delivered remotely and in-person course delivery is dependent upon evolving health guidelines and space availability. Accordingly, some or all instruction for all or part of the term may be delivered remotely, activities may be cancelled or postponed, and courses with in-person components may shift to online delivery at some point. The University and its schools and units may also adjust other features of the academic experience, like course offerings and grading. Such changes will be communicated to students by the University, their school, or program. Tuition and fees will not be refunded or prorated in these circumstances. Tuition and fees also will not be refunded or prorated if I choose to participate in courses offered remotely.
>
> I understand and acknowledge that I have informed awareness of these risks and share the responsibility for minimizing risk of exposure to and spread of COVID-19 to myself and others, and that I am voluntarily resuming my academic program. If I decline the option to resume my academic program, I understand that I am making that decision voluntarily and understand any programmatic or financial implications of that decision. If I have questions about this, I will contact my academic program. If I'm a student with a disability in need of a reasonable accommodation, I understand I should contact AccessibleNU to go through the accommodation process.
>
> By clicking "I agree" I acknowledge that I have read and understand this statement and I am agreeing to the terms set forth above.

10. A true and correct copy of a screenshot of the acknowledgment form as it was present to students enrolling for the Winter 2021 Quarter is attached hereto as **Exhibit 8.** The acknowledgment form for the Winter 2021 Quarter contains slightly-revised language, but as shown in Exhibit 8 and set forth below, the portion of the Winter 2021 Quarter acknowledgment concerning delivery of courses via remote instruction and availability of activities is virtually identical to the Fall 2020 Quarter version:

> I understand and acknowledge that the University hopes that some instruction and activities will take place in person in the upcoming term. However, the majority of courses will be delivered remotely and in-person course delivery is dependent upon evolving health guidelines and space availability. Accordingly, some or all instruction for all or part of the term may be delivered remotely,

5

activities may be cancelled or postponed, and courses with in-person components may shift to online delivery at some point. The University and its schools and units may also adjust other features of the academic experience, like course offerings and grading. Such changes will be communicated to students by the University, their school, or program. **Tuition and fees will not be refunded or prorated in these circumstances. Tuition and fees also will not be refunded or prorated if I choose to participate in courses offered remotely.**

I understand and acknowledge that Northwestern may need to make additional sudden changes to the campus environment - including requiring students to leave campus - which may also impact my experience.

I understand and acknowledge that I have informed awareness of these risks and share the responsibility for minimizing risk of exposure to and spread of COVID-19 to myself and others, and that I am voluntarily resuming my academic program. If I decline the option to resume my academic program, I understand that I am making that decision voluntarily and understand any programmatic or financial implications of that decision. If I have questions about this, I will contact my academic program.

11.    Students will be required to complete a substantively identical acknowledgement form to register for classes for the Spring 2021 Quarter.

12.    Each Northwestern student, including each of the plaintiffs, is provided with a unique student ID number.  Using plaintiffs' student ID number, I was able to review electronic records to confirm whether and when each plaintiff completed the acknowledgment form.

13.    In this manner, I confirmed that plaintiff Quiroz completed the acknowledgment form for the Fall 2020 Quarter on September 10, 2020 at 10:47 a.m., and completed the form for the Winter 2021 Quarter on December 26, 2020 at 3:23 p.m.  Plaintiff Veeravalli completed the acknowledgment form for the Fall 2020 Quarter on August 21, 2020 at 12:58 a.m., and completed the form for the Winter 2021 Quarter on November 19, 2020 at 1:09 p.m.  Greenwald, who

remained a student at Northwestern but was not enrolled in courses during the Fall 2020 Quarter,

completed an acknowledgment for the Fall 2020 Quarter on August 30, 2020 at 1:00 p.m.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 4 , 2021

*Jacqualyn F Casazza*
Jacqualyn Casazza

7