# EXHIBIT 1

# 2019-2020 Academic Calendar

## September

| | |
|---|---|
| Sunday, September 1, 2019 | **Tuition Due** |
| Monday, September 9, 2019 | **Continuing Student Registration for Fall Quarter 2019 ends 11:59 p.m.** |
| Monday, September 16, 2019 | **New Student Orientation (Wildcat Welcome)** |
| Thursday, September 19, 2019 | **New Graduate Student Fall Registration begins 9 a.m.** |
| Thursday, September 19, 2019 | **New Undergraduate Student Fall Registration** |
| Friday, September 20, 2019 | **TGS Graduate Student Orientation** |
| Tuesday, September 24, 2019 | **Change of Registration (Drop/Add)/Late registration for returning students begins** |
| Tuesday, September 24, 2019 | **Fall classes begin 8 a.m.** |
| Monday, September 30, 2019 | **Last day for tuition adjustment related to enrollment changes (to or from full-time) No reductions are made to bills for dropped or swapped classes after this date** |
| Monday, September 30, 2019 | **Last day to add a class or change a section for Fall** |

## October

| | |
|---|---|
| Friday, October 11, 2019 | **Last day for undergraduate or TGS students to change grading status to or from P/N for Fall classes, where allowed.** |
| Tuesday, October 15, 2019 | **Undergraduate petition to graduate due for Winter 2020 graduation** |
| Friday, October 25, 2019 | **Application for a degree due to The Graduate School to receive a degree in Fall Quarter** |

## November

| | |
|---|---|
| Friday, November 1, 2019 | **Last day to drop a class for Fall. (No tuition adjustment after September 30)** |
| Monday, November 4, 2019 | **Winter quarter courses viewable for students in CAESAR for the following: Communication, Education, Engineering, Journalism, & Music Graduate Courses, Non-Degree, TGS, and undergraduate Courses** |
| Monday, November 11, 2019 | **Pre-registration for Winter Quarter begins** |
| Monday, November 18, 2019 | **Registration for Winter 2020 begins** |
| Friday, November 22, 2019 | **Dissertation, PhD Final Exam, and change of grade forms due to TGS for Fall PhD candidates** |
| Wednesday, November 27, 2019 | **Thanksgiving vacation begins 6 p.m.** |
| Wednesday, November 27, 2019 | **Withdrawal Petition Deadline 5 p.m.** |
| Thursday, November 28, 2019 | **Thanksgiving Day** |

## December

| | |
|---|---|
| Monday, December 2, 2019 | **Fall Classes resume 8 a.m.** |
| Monday, December 2, 2019 | **WCAS Reading Period begins** |
| Friday, December 6, 2019 | **Master's completion form due for TGS Fall master's candidates** |
| Saturday, December 7, 2019 | **Fall classes end** |
| Sunday, December 8, 2019 | **WCAS Reading Period ends** |
| Monday, December 9, 2019 | **Fall examinations begin** |
| Saturday, December 14, 2019 | **Fall examinations end** |

Saturday, December 14, 2019   **Winter Break Begins**
Monday, December 16, 2019   **Fall grades due at 3 p.m.**
Friday, December 20, 2019   **Fall Degrees Conferred**
Friday, December 20, 2019   **Undergraduate petition to graduate due for Spring 2020 graduation**
Thursday, December 26, 2019   **Winter Recess - University Closed**
Friday, December 27, 2019   **Winter Recess - University Closed**
Monday, December 30, 2019   **Winter Recess University Closed**
Tuesday, December 31, 2019   **New Year's Eve**

## January

Wednesday, January 1, 2020   **New Year's Day**
Wednesday, January 1, 2020   **Winter Tuition Due**
Monday, January 6, 2020   **Winter Change of Registration (Drop/Add)/Late registration begins**
Monday, January 6, 2020   **Winter Classes begin 8 a.m.**
Friday, January 10, 2020   **Last day for tuition adjustment related to enrollment changes (to or from full-time) No reductions are made to bills for dropped or swapped classes after this date.**
Friday, January 10, 2020   **Last day to add a class or change a section for Winter**
Monday, January 20, 2020   **Suspension of classes for observance of Martin Luther King Jr. Day**
Friday, January 24, 2020   **Last day for undergraduate or TGS students to change grading status to or from P/N for Winter classes, where allowed.**
Friday, January 31, 2020   **Application for a degree due to The Graduate School to receive a degree in Winter Quarter**

## February

Monday, February 10, 2020   **Spring quarter courses viewable for students in CAESAR for the following: Communication, Education, Engineering, Journalism, & Music Graduate Courses, Non-Degree, TGS, and undergraduate Courses**
Friday, February 14, 2020   **Last day to drop a class for Winter. (No tuition adjustment after January 10)**
Monday, February 17, 2020   **Pre-Registration for Spring 2020 begins**
Monday, February 24, 2020   **Registration for Spring 2020 begins**
Friday, February 28, 2020   **Dissertation, PhD Final Exam, and change of grade forms due to TGS for Winter PhD candidates**

## March

Friday, March 6, 2020   **Withdrawal Petition Deadline 5 p.m.**
Tuesday, March 10, 2020   **WCAS Reading Period Begins**
Friday, March 13, 2020   **Master's completion form due for TGS Winter master's candidates**
Saturday, March 14, 2020   **Winter Classes End**
Sunday, March 15, 2020   **WCAS Reading Period Ends**
Monday, March 16, 2020   **Winter Examinations Begin**
Saturday, March 21, 2020   **Spring Break Begins**
Saturday, March 21, 2020   **Winter Examinations End**
Wednesday, March 25, 2020   **Winter grades due at 3 p.m.**
Friday, March 27, 2020   **Winter Degrees Conferred**

## April

| | |
|---|---|
| Friday, April 3, 2020 | **Spring Break Ends** |
| Saturday, April 4, 2020 | **Spring Change of Registration (Drop/Add)/Late registration begins** |
| Saturday, April 4, 2020 | **Spring Classes Begin for Kellogg & Graduate Programs Offering Weekend Classes** |
| Monday, April 6, 2020 | **Start of Spring Term for all other Quarter Based Programs** |
| Thursday, April 9, 2020 | **Passover begins** |
| Sunday, April 12, 2020 | **Easter** |
| Saturday, April 18, 2020 | **Last day to add a class or change a section for Spring** |
| Friday, April 24, 2020 | **Last day for tuition adjustment related to enrollment changes (to or from full-time) No reductions are made to bills for dropped or swapped classes after this date.** |
| Monday, April 27, 2020 | **Summer quarter courses viewable for students in CAESAR for the following: Communication, Education, Engineering, Journalism, & Music Graduate Courses, Non-Degree, TGS, and undergraduate Courses** |
| Thursday, April 30, 2020 | **Spring Tuition due - The deadline to pay Spring Quarter tuition has been extended to April 30th. No late fees will be assessed on payments before that date.** |

## May

| | |
|---|---|
| Friday, May 1, 2020 | **Application for a degree due to The Graduate School to receive a degree in Spring Quarter** |
| Friday, May 15, 2020 | **Dissertation, PhD Final Exam and change of grade forms due to TGS for Spring PhD candidates** |
| Monday, May 18, 2020 | **Registration for Summer Session 2020 begins** |
| Friday, May 22, 2020 | **Master's completion form due for TGS Spring master's candidates** |
| Monday, May 25, 2020 | **Memorial Day (no classes)** |
| Friday, May 29, 2020 | **Last day to drop a class for Spring. (No tuition adjustment after April 24)** |

## June

| | |
|---|---|
| Monday, June 1, 2020 | **Summer Tuition due** |
| Saturday, June 6, 2020 | **Spring classes end** |
| Monday, June 8, 2020 | **Last day for graduate students to change grading status to or from P/N for Spring classes, where allowed.** |
| Monday, June 8, 2020 | **Spring examinations begin** |
| Saturday, June 13, 2020 | **Spring examinations end** |
| Monday, June 15, 2020 | **Spring Grades Due at 3 p.m.** |
| Monday, June 15, 2020 | **Undergraduate petition to graduate due for Fall 2020 graduation** |
| Thursday, June 18, 2020 | **Baccalaureate** |
| Friday, June 19, 2020 | **Commencement** |
| Friday, June 19, 2020 | **Spring Degrees Conferred** |
| Monday, June 22, 2020 | **Summer Change of Registration (Drop/Add)/Late registration begins** |
| Monday, June 22, 2020 | **Summer Classes Begin** |

## July

| | |
|---|---|
| Friday, July 3, 2020 | **Independence Day (no classes)** |

Friday, July 17, 2020    **Application for a degree due to The Graduate School to receive a degree in Summer Quarter**

## August

Saturday, August 1, 2020    **Six-week session ends**

Friday, August 7, 2020    **Dissertation, PhD Final Exam, and change of grade forms due to TGS for Summer PhD candidates**

Saturday, August 15, 2020    **Eight-week session ends**

Friday, August 21, 2020    **Master's completion form due for TGS Summer master's candidates**

Saturday, August 29, 2020    **Ten-week session ends**

## September

Friday, September 4, 2020    **Summer Degrees Conferred**