# EXHIBIT 2

# OFFICE OF THE REGISTRAR

## Academic Calendars

Filter by Audience  View All

- 2020-21 (/#tab-panel1)
- 2021-22 (/#tab-panel2)

Jump to:

- Sep (/#Sep2020)
- Oct (/#Oct2020)
- Nov (/#Nov2020)
- Dec (/#Dec2020)
- Jan (/#Jan2021)
- Feb (/#Feb2021)
- Mar (/#Mar2021)
- Apr (/#Apr2021)
- May (/#May2021)
- Jun (/#Jun2021)
- Jul (/#Jul2021)
- Aug (/#Aug2021)
- Sep (/#Sep2021)

## September

Friday, September 11, 2020
New Graduate Student Fall Registration begins 9 a.m. (https://planitpurple.northwestern.edu/event/566607)
Wednesday, September 16, 2020
Change of Registration (Drop/Add)/Late registration for returning students begins (https://planitpurple.northwestern.edu/event/553429)
Wednesday, September 16, 2020
Fall classes begin 8 a.m. (https://planitpurple.northwestern.edu/event/553428)
Tuesday, September 22, 2020
Last day to add a class or change a section for Fall (https://planitpurple.northwestern.edu/event/553431)
Tuesday, September 29, 2020
Last day for tuition adjustment related to enrollment changes (to or from full-time) No reductions are made to bills for dropped or swapped classes after this date (https://planitpurple.northwestern.edu/event/553430)

## October

Thursday, October 1, 2020
Tuition Due (https://planitpurple.northwestern.edu/event/552481)
Thursday, October 15, 2020
Undergraduate petition to graduate due for Winter 2021 graduation (https://planitpurple.northwestern.edu/event/553433)
Friday, October 16, 2020
Application for a degree due to The Graduate School to receive a degree in Fall Quarter (https://planitpurple.northwestern.edu/event/553434)

## November

Friday, November 6, 2020
Last day to drop a class for Fall in CAESAR. Any requests after this date result in a W on the transcript and must go through the course withdrawal process. (https://planitpurple.northwestern.edu/event/553435)
Friday, November 13, 2020
Dissertation, PhD Final Exam, and change of grade forms due to TGS for Fall PhD candidates (https://planitpurple.northwestern.edu/event/553440)
Friday, November 13, 2020
Last day for undergraduate or TGS students to change grading status to or from P/N for Fall classes, where allowed. (https://planitpurple.northwestern.edu/event/566823)

Friday, November 13, 2020
Winter quarter courses viewable for students in CAESAR for the following: Communication, Education, Engineering, Journalism, & Music Graduate Courses, Non-Degree, TGS, and undergraduate Courses (/https://planitpurple.northwestern.edu/event/553437)
Thursday, November 19, 2020
Pre-registration for Winter Quarter begins, ending on November 20. (/https://planitpurple.northwestern.edu/event/553438)
Monday, November 23, 2020
Last day to submit an individual course withdrawal request. The online form will be available until 4:59 p.m. (No tuition adjustment after September 29) (/https://planitpurple.northwestern.edu/event/566082)
Monday, November 23, 2020
Undergraduate registration for Winter 2021 begins (/https://planitpurple.northwestern.edu/event/553439)
Tuesday, November 24, 2020
Last Day for Face-to-Face Instruction (/https://planitpurple.northwestern.edu/event/553447)
Wednesday, November 25, 2020
Thanksgiving vacation begins (/https://planitpurple.northwestern.edu/event/553441)
Thursday, November 26, 2020
Thanksgiving Day (/https://planitpurple.northwestern.edu/event/553443)
Monday, November 30, 2020
Graduate registration for Winter 2021 begins (/https://planitpurple.northwestern.edu/event/568856)
Monday, November 30, 2020
Master's completion form due for TGS Fall master's candidates (/https://planitpurple.northwestern.edu/event/553446)

# December

Wednesday, December 2, 2020
Fall examinations begin (all remote) (/https://planitpurple.northwestern.edu/event/553450)
Tuesday, December 8, 2020
Fall examinations end (/https://planitpurple.northwestern.edu/event/553451)
Monday, December 14, 2020
Fall 2020 Grades due at 1 p.m. (/https://planitpurple.northwestern.edu/event/566209)
Monday, December 14, 2020
Undergraduate petition to graduate due for Spring 2021 graduation (/https://planitpurple.northwestern.edu/event/553456)
Friday, December 18, 2020
Fall Degrees Conferred (/https://planitpurple.northwestern.edu/event/553454)
Monday, December 28, 2020
Winter Recess - University Closed (/https://planitpurple.northwestern.edu/event/553461)
Tuesday, December 29, 2020
Winter Recess - University Closed (/https://planitpurple.northwestern.edu/event/559436)
Wednesday, December 30, 2020
Winter Recess - University Closed (/https://planitpurple.northwestern.edu/event/559437)

# January

Friday, January 1, 2021
New Year's Day (/https://planitpurple.northwestern.edu/event/553467)
Friday, January 1, 2021
Winter Tuition Due (/https://planitpurple.northwestern.edu/event/553466)
Monday, January 4, 2021
Winter Classes begin 8 a.m. for professional programs in the following schools: SESP, Medill, SoC, McCormick, and Kellogg. (Jan 4 Start Programs) First two weeks of classes remote. (/https://planitpurple.northwestern.edu/event/553469)
Friday, January 8, 2021
Last day to add a class or change a section for Winter for Jan 4 Start Programs (/https://planitpurple.northwestern.edu/event/553471)
Monday, January 11, 2021
Law Spring Semester Classes Begin (/https://planitpurple.northwestern.edu/event/570834)
Monday, January 11, 2021
Winter Classes begin 8 a.m. for the following: SPS, TGS, all PhD programs, Music graduate students, and all undergraduate students. (Jan 11 Start Programs) First week of classes remote. (/https://planitpurple.northwestern.edu/event/569181)
Friday, January 15, 2021
Last day to add a class or change a section for Winter for Jan 11 Start Programs (/https://planitpurple.northwestern.edu/event/570202)
Monday, January 18, 2021
Suspension of classes for observance of Martin Luther King Jr. Day (/https://planitpurple.northwestern.edu/event/553472)
Friday, January 22, 2021
Last day for tuition adjustment related to enrollment changes (to or from full-time). No reductions are made to bills for dropped or swapped classes after this date. (Jan 4 and 11 Start Programs) (/https://planitpurple.northwestern.edu/event/570203)
Friday, January 29, 2021
Application for a degree due to The Graduate School to receive a degree in Winter Quarter (/https://planitpurple.northwestern.edu/event/553475)

# February

Friday, February 19, 2021
Last day to drop a class for Winter. Any requests after this date result in a W on the transcript and must go through the course withdrawal process. (/https://planitpurple.northwestern.edu/event/553477)
Wednesday, February 24, 2021
Spring quarter courses viewable for students in CAESAR for the following: Communication, Education, Engineering, Journalism, & Music Graduate Courses, Non-Degree, TGS, and undergraduate Courses (/https://planitpurple.northwestern.edu/event/553476)
Friday, February 26, 2021
Dissertation, PhD Final Exam, and change of grade forms due to TGS for Winter PhD candidates (/https://planitpurple.northwestern.edu/event/553480)
Friday, February 26, 2021
Last day for undergraduate or TGS students to change grading status to or from P/N for Winter classes, where allowed. (/https://planitpurple.northwestern.edu/event/570204)

# March

Wednesday, March 3, 2021
Pre-Registration for Spring 2021 begins (/https://planitpurple.northwestern.edu/event/553478)
Friday, March 5, 2021
Withdrawal Petition Deadline 5 p.m. (Jan 4 and Jan 11 Start Programs) (/https://planitpurple.northwestern.edu/event/553481)
Monday, March 8, 2021
Registration for Spring 2021 begins (/https://planitpurple.northwestern.edu/event/553479)
Friday, March 12, 2021
Master's completion form due for TGS Winter master's candidates (/https://planitpurple.northwestern.edu/event/553483)
Saturday, March 13, 2021
Winter Classes End (/https://planitpurple.northwestern.edu/event/553484)
Monday, March 15, 2021
Winter Examinations Begin (/https://planitpurple.northwestern.edu/event/553486)
Tuesday, March 16, 2021
Undergraduate petition to graduate due for Summer 2021 graduation (/https://planitpurple.northwestern.edu/event/553487)
Saturday, March 20, 2021
Spring Break Begins (/https://planitpurple.northwestern.edu/event/553488)
Saturday, March 20, 2021
Winter Examinations End (/https://planitpurple.northwestern.edu/event/553489)
Monday, March 22, 2021
Winter grades due at 3 p.m. (/https://planitpurple.northwestern.edu/event/553490)
Friday, March 26, 2021
Winter Degrees Conferred (/https://planitpurple.northwestern.edu/event/553491)
Sunday, March 28, 2021
Passover begins (/https://planitpurple.northwestern.edu/event/559438)
Monday, March 29, 2021
Spring Break Ends (/https://planitpurple.northwestern.edu/event/553752)
Tuesday, March 30, 2021
Spring Change of Registration (Drop/Add)/Late registration begins (/https://planitpurple.northwestern.edu/event/553753)
Tuesday, March 30, 2021
Spring Classes Begin 8 a.m. First two weeks of classes are remote. (/https://planitpurple.northwestern.edu/event/553754)

# April

Thursday, April 1, 2021
Spring Tuition due (/https://planitpurple.northwestern.edu/event/553755)
Sunday, April 4, 2021
Easter (/https://planitpurple.northwestern.edu/event/553756)
Monday, April 5, 2021
Last day for tuition adjustment related to enrollment changes (to or from full-time) No reductions are made to bills for dropped or swapped classes after this date. (/https://planitpurple.northwestern.edu/event/553757)
Monday, April 5, 2021
Last day to add a class or change a section for Spring (/https://planitpurple.northwestern.edu/event/553758)
Monday, April 5, 2021
Summer quarter courses viewable for students in CAESAR for the following: Communication, Education, Engineering, Journalism, & Music Graduate Courses, Non-Degree, TGS, and undergraduate Courses (/https://planitpurple.northwestern.edu/event/553759)
Monday, April 12, 2021
Registration for Summer Session 2021 begins (/https://planitpurple.northwestern.edu/event/553760)

Tuesday, April 13, 2021
Law Spring Semester Classes End (/https://planitpurple.northwestern.edu/event/570835)
Friday, April 16, 2021
Last day for undergraduate or TGS students to change grading status to or from P/N for Spring classes, where allowed.
(/https://planitpurple.northwestern.edu/event/553761)
Friday, April 23, 2021
Application for a degree due to The Graduate School to receive a degree in Spring Quarter (/https://planitpurple.northwestern.edu/event/553854)

# May

Monday, May 3, 2021
Fall quarter courses viewable for students in CAESAR for the following: Communication, Education, Engineering, Journalism, & Music Graduate Courses, Non-Degree, TGS, and undergraduate Courses (Tentative) (/https://planitpurple.northwestern.edu/event/553855)
Friday, May 7, 2021
Dissertation, PhD Final Exam and change of grade forms due to TGS for Spring PhD candidates
(/https://planitpurple.northwestern.edu/event/553856)
Friday, May 7, 2021
Last day to drop a class for Spring. (No tuition adjustment after April 5) (/https://planitpurple.northwestern.edu/event/553857)
Monday, May 10, 2021
Pre-Registration for Fall 2021 begins (Tentative) (/https://planitpurple.northwestern.edu/event/553858)
Friday, May 14, 2021
Master's completion form due for TGS Spring master's candidates (/https://planitpurple.northwestern.edu/event/553859)
Monday, May 17, 2021
Registration for Fall 2021 begins (Tentative) (/https://planitpurple.northwestern.edu/event/553860)
Friday, May 28, 2021
Withdrawal Petition Deadline 5 p.m. (/https://planitpurple.northwestern.edu/event/553862)
Monday, May 31, 2021
Memorial Day (no classes) (/https://planitpurple.northwestern.edu/event/553861)

# June

Tuesday, June 1, 2021
Summer Tuition due (/https://planitpurple.northwestern.edu/event/553863)
Wednesday, June 2, 2021
WCAS Reading Period begins (/https://planitpurple.northwestern.edu/event/553864)
Saturday, June 5, 2021
Spring classes end (/https://planitpurple.northwestern.edu/event/553865)
Sunday, June 6, 2021
WCAS Reading Period ends (/https://planitpurple.northwestern.edu/event/553866)
Monday, June 7, 2021
Spring examinations begin (/https://planitpurple.northwestern.edu/event/553868)
Saturday, June 12, 2021
Spring examinations end (/https://planitpurple.northwestern.edu/event/553869)
Monday, June 14, 2021
Commencement (Tentative) (/https://planitpurple.northwestern.edu/event/553870)
Monday, June 14, 2021
Spring Grades Due at 3 p.m. (/https://planitpurple.northwestern.edu/event/553871)
Monday, June 14, 2021
Undergraduate petition to graduate due for Fall 2021 graduation (/https://planitpurple.northwestern.edu/event/553872)
Friday, June 18, 2021
Spring Degrees Conferred (/https://planitpurple.northwestern.edu/event/553873)
Monday, June 21, 2021
Summer Classes Begin. Summer Change of Registration (Drop/Add)/Late registration begins (/https://planitpurple.northwestern.edu/event/553874)

# July

Monday, July 5, 2021
Independence Day (no classes) (/https://planitpurple.northwestern.edu/event/553876)
Friday, July 9, 2021
Application for a degree due to The Graduate School to receive a degree in Summer Quarter (/https://planitpurple.northwestern.edu/event/553877)
Saturday, July 31, 2021
Six-week session ends (/https://planitpurple.northwestern.edu/event/553879)

Case: 1:20-cv-04798 Document #: 29-3 Filed: 02/05/21 Page 6 of 6 PageID #:307

# August

Friday, August 6, 2021
Dissertation, PhD Final Exam, and change of grade forms due to TGS for Summer PhD candidates (/https://planitpurple.northwestern.edu/event/553880)
Saturday, August 14, 2021
Eight-week session ends (/https://planitpurple.northwestern.edu/event/553881)
Friday, August 20, 2021
Master's completion form due for TGS Summer master's candidates (/https://planitpurple.northwestern.edu/event/553882)
Saturday, August 28, 2021
Ten-week session ends (/https://planitpurple.northwestern.edu/event/553883)

# September

Friday, September 3, 2021
Summer Degrees Conferred (/https://planitpurple.northwestern.edu/event/553884)
Back to Top (/#top-bar)

Address
**Office of the Registrar**
633 Clark Street
Evanston, IL 60208-1118

Phone number
**Evanston**
847.491.5234

Fax number
847.491.8458

Email Address
nu-registrar@northwestern.edu (/mailto:nu-registrar@northwestern.edu)