# EXHIBIT 3

Case: 1:20-cv-04798 Document #: 29-3 Filed: 02/05/21 Page 2 of 12 PageID #:309

# Northwestern

# Undergraduate Catalog
# 2019–20

# TABLE OF CONTENTS

Undergraduate ................................................................. 6

Privacy & Disclosures ................................................... 9

Admission ...................................................................... 11

Financial Aid ................................................................. 15

    Financial Aid Application ...................................... 15

    Financial Aid Eligibility ......................................... 15

Tuition & Payment ........................................................ 17

    Tuition Benefit ...................................................... 17

    Withdrawal Refunds ............................................. 17

Programs A-Z ............................................................... 19

Requirements and Policies .......................................... 22

    Courses and Credit .............................................. 22

    Enrollment ............................................................ 23

        Exams and Attendance ................................. 23

        Withdrawal ..................................................... 23

    Grades ................................................................. 24

    Graduation & Degrees ......................................... 24

        Graduation Honors ........................................ 25

    Student Status ..................................................... 25

        Academic Standing ....................................... 25

        Disciplinary Actions ...................................... 26

        Returning to the University ............................ 26

    Transcripts ........................................................... 26

    Transfer Credit ..................................................... 27

        Test Credit ..................................................... 27

        Transfer Types .............................................. 27

    Undergraduate Registration Requirement ........... 27

Additional Baccalaureate Options ............................... 29

    Accelerated Bachelors ......................................... 29

    Certificates .......................................................... 29

        Kellogg Certificates ...................................... 29

            Financial Economics Certificate ............. 29

            Managerial Analytics Certificate ............. 29

        McCormick Certificates ................................. 30

        Medill Certificates ......................................... 30

        Programs & Centers Certificates .................. 30

            Leadership .............................................. 30

            Sustainability and Energy ....................... 30

        SESP Certificates ......................................... 31

    Minors .................................................................. 31

        Bienen Minors ............................................... 31

        Programs & Centers Minors .......................... 31

            Transportation and Logistics Minor ........ 32

        SoC Minors ................................................... 33

        McCormick Minors ........................................ 33

        WCAS Minors ............................................... 33

    Second Majors ..................................................... 34

        Bienen Second Majors .................................. 34

        WCAS Second Majors .................................. 34

Dual Graduate & Undergraduate Degrees ................... 35

    Honors Program in Medical Education ................. 35

    Premedical Scholars Program ............................. 35

Dual Bachelor's Degrees ............................................. 36

    BA/BS in Liberal Arts and Engineering ............... 36

    BA/BMus in Liberal Arts and Music .................... 36

    BA/BS or BS/BS in Communication and Engineering ...................... 37

    BA/BMus, BS/BMus, BA/BAMus, or BS/BAMus in Communication and Music .......................... 37

    BSED/BMus or BSED/BAMus in Education and Social Policy and in Music ........................ 38

    BS/BMus or BS/BAMus in Engineering and Music ......................... 38

    BSJ/BMus in Journalism and Music ................... 38

Study Outside Northwestern ........................................ 40

Undergraduate Research ............................................. 41

Special Programs & Courses ....................................... 42

    College Transition Programs ................................ 42

    Innovation in News and Storytelling .................... 42

    Military Programs ................................................. 42

        Naval Science ............................................... 42

Academic Calendar ...................................................... 44

Academic Integrity ....................................................... 46

Academic Support ........................................................ 47

Henry and Leigh Bienen School of Music .................... 48

    Composition and Music Technology ..................... 51

        Composition Major ........................................ 53

        Composition Minor ........................................ 53

        Music Technology Minor ................................ 53

    Conducting and Ensembles ................................. 53

    Jazz ...................................................................... 54

        Jazz Studies Major ....................................... 54

    Music Cognition ................................................... 55

    Music Core ........................................................... 55

Music Education ................................................ 56

    Music Education Major ............................. 57

    Music Education Minor ............................. 58

Music Studies for Nonmajors ............................. 58

Music Technology ............................................. 60

Music Theory and Cognition .............................. 60

    Music Cognition Major .............................. 60

    Music Cognition Minor .............................. 61

    Music Theory Major ................................. 61

    Music Theory Minor ................................. 61

Musicology ...................................................... 61

    Musicology Major ................................... 63

    Musicology Minor ................................... 63

Piano ............................................................. 63

    Piano Major .......................................... 64

String Instruments ........................................... 65

    String Instruments Major .......................... 66

Voice and Opera .............................................. 67

    Voice and Opera Major ............................ 67

Winds and Percussion Instruments ..................... 68

    Winds and Percussion Instruments Major ..... 69

School of Communication .................................. 70

Communication Sciences and Disorders .............. 74

    Human Communication Sciences Major ........ 76

    Human Communication Sciences Minor ........ 76

Communication Studies ..................................... 77

    Communication Studies Major .................... 80

Dance ............................................................ 81

General Communication ..................................... 81

Human Communication Sciences ........................ 81

Performance Studies ......................................... 81

    Performance Studies Major ....................... 83

    Performance Studies Minor ....................... 83

Radio/Television/Film ....................................... 84

    Film and Media Studies Minor ................... 86

    Radio/Television/Film Major ...................... 87

    Sound Design Minor ................................ 87

Theatre .......................................................... 88

    Dance Major .......................................... 94

    Dance Minor .......................................... 95

    Music Theatre Certificate .......................... 96

    Theatre Major ........................................ 96

    Theatre Minor ........................................ 98

School of Education and Social Policy .................. 100

Human Development in Context .......................... 102

    Human Development in Context Major .......... 103

Learning and Organizational Change ................... 104

    Learning and Organizational Change Major ... 106

Learning Sciences ............................................ 107

    Learning Sciences Major ........................... 109

Secondary Teaching ......................................... 110

Social Policy ................................................... 116

    Social Policy Major .................................. 118

Summer Field Studies Program .......................... 119

Civic Engagement Certificate ............................. 119

Robert R. McCormick School of Engineering and Applied Science ....... 120

Applied Mathematics ........................................ 125

Biomedical Engineering ..................................... 125

    Biomedical Engineering Degree .................. 127

Chemical Engineering ....................................... 128

    Chemical Engineering Degree .................... 130

    Biotechnology and Biochemical Engineering Minor ............... 131

Civil and Environmental Engineering ................... 132

    Civil Engineering Degree .......................... 139

    Environmental Engineering Degree ............. 140

    Environmental Engineering Minor ............... 141

    Architectural Engineering and Design Certificate .................. 141

Computer Engineering ...................................... 141

Computer Science ............................................ 141

    Computer Science Degree ......................... 144

    Computer Science Minor (McCormick School of Engineering) ....... 146

Design Engineering .......................................... 147

Electrical and Computer Engineering ................... 147

    Computer Engineering Degree ................... 151

    Electrical Engineering Degree .................... 152

Engineering Design .......................................... 154

Engineering Sciences and Applied Mathematics .... 154

    Applied Mathematics Degree ..................... 155

Environmental Engineering ................................ 155

Farley Center for Entrepreneurship ..................... 155

    Entrepreneurship Minor ........................... 156

General Engineering ......................................... 156

Industrial Engineering and Management Sciences ....... 159

Industrial Engineering Degree .................................................... 161

Segal Design Institute ................................................................... 162

Manufacturing and Design Engineering Degree ...................... 163

Segal Design Certificate ............................................................ 164

Materials Science and Engineering ................................................ 164

Materials Science and Engineering Degree ............................. 168

Mechanical Engineering ................................................................. 168

Mechanical Engineering Degree ............................................... 171

Medill School of Journalism, Media, Integrated Marketing
Communications ............................................................................. 173

Integrated Marketing Communications ......................................... 175

Integrated Marketing Communications Certificate ................. 176

Journalism ..................................................................................... 176

Journalism Degree .................................................................... 179

Judd A. and Marjorie Weinberg College of Arts and Sciences ............. 181

African American Studies ............................................................... 186

African American Studies Major ............................................... 189

African American Studies Minor ............................................... 190

African Studies ............................................................................... 191

African Studies Adjunct Major .................................................. 192

African Studies Minor ............................................................... 192

American Studies ............................................................................ 192

American Studies Major ............................................................ 193

Anthropology ................................................................................. 193

Anthropology Major .................................................................. 197

Anthropology Minor .................................................................. 199

Arabic ............................................................................................. 199

Art History ...................................................................................... 199

Art History Major ....................................................................... 202

Art History Minor ....................................................................... 202

Art Theory and Practice ................................................................. 202

Art Theory and Practice Major .................................................. 203

Art Theory and Practice Minor .................................................. 204

Asian American Studies .................................................................. 204

Asian American Studies Major .................................................. 205

Asian American Studies Minor .................................................. 206

Asian Languages and Cultures ....................................................... 206

Asian Languages and Cultures Major ....................................... 211

Asian Humanities Minor ........................................................... 211

Advanced Asian Languages Minor ............................................ 211

Astronomy ..................................................................................... 212

Biological Sciences ......................................................................... 212

Biological Sciences Major ......................................................... 215

Biological Sciences Second Major for ISP Students ............... 216

Business Institutions ...................................................................... 216

Business Institutions Minor ...................................................... 217

Catholic Studies ............................................................................. 218

Chemistry ....................................................................................... 218

Chemistry Major ....................................................................... 221

Chemistry Minor ....................................................................... 223

Chemistry Second Major for ISP Students ............................. 224

Chemistry BA/MS ...................................................................... 224

Chicago Field Studies ..................................................................... 224

Chinese ........................................................................................... 225

Classics ........................................................................................... 225

Classics Major ........................................................................... 227

Classics Minor Concentrations ................................................. 228

Cognitive Science ........................................................................... 229

Cognitive Science Major ........................................................... 229

Cognitive Science Minor ........................................................... 231

Comparative Literary Studies ......................................................... 231

Comparative Literary Studies Major ........................................ 233

World Literature Minor ............................................................. 233

Comparative Literary Studies BA/MA ...................................... 234

Computer Science .......................................................................... 234

Computer Science Major ........................................................... 234

Computer Science Minor (Weinberg College) ......................... 236

Computer Science Second Major for ISP Students ................. 237

Critical Theory ................................................................................ 237

Critical Theory Minor ................................................................ 238

Earth and Planetary Sciences ........................................................ 238

Earth and Planetary Sciences Major ........................................ 240

Earth and Planetary Sciences Minor ........................................ 242

Earth and Planetary Sciences Second Major for ISP Students
.................................................................................................... 242

Economics ...................................................................................... 242

Economics Major ...................................................................... 245

Economics Minor ...................................................................... 246

Economics BA/MA ..................................................................... 247

English ............................................................................................ 247

English and American Literature Major .................................... 250

Creative Writing Major .............................................................. 251

English and American Literature Minor .................................... 251

Creative Writing Sequence-Based Minor ................................. 251

Creative Writing Cross-Genre Minor ........................................... 252

Environmental Policy and Culture ............................................... 252

Environmental Policy and Culture Minor ................................. 253

Environmental Sciences ................................................................. 253

Environmental Sciences Major ................................................. 253

Environmental Sciences Second Major for ISP Students ........ 255

Ethics and Civic Life ...................................................................... 255

Brady Scholars Program ............................................................ 256

First-Year Seminars ....................................................................... 256

French and Italian .......................................................................... 256

French Major ............................................................................. 260

French Minor .............................................................................. 262

Italian Literature and Culture Major ....................................... 262

Italian Minor .............................................................................. 263

French BA/MA ........................................................................... 263

Gender and Sexuality Studies ...................................................... 263

Gender and Sexuality Studies Major ....................................... 265

Gender and Sexuality Studies Minor ....................................... 265

General Liberal Arts ...................................................................... 266

Geography ..................................................................................... 267

Geography Adjunct Major ........................................................ 267

Geography Minor ....................................................................... 267

German ........................................................................................... 268

German Major ............................................................................ 271

German Minor ............................................................................ 273

German Studies Minor ............................................................... 273

Business German Minor ............................................................ 273

Global Health Studies .................................................................... 273

Global Health Studies Adjunct Major ...................................... 275

Global Health Studies Minor .................................................... 275

Greek ............................................................................................... 275

Hebrew ........................................................................................... 275

Hindi ............................................................................................... 275

History ............................................................................................ 275

History Major ............................................................................. 280

History Minor ............................................................................. 283

Humanities ..................................................................................... 283

Humanities Minor ...................................................................... 285

Kaplan Humanities Scholars Program ..................................... 285

Integrated Science ......................................................................... 286

Integrated Science Major .......................................................... 286

International Studies ...................................................................... 287

International Studies Adjunct Major ......................................... 287

International Studies Minor ....................................................... 288

Italian .............................................................................................. 288

Japanese .......................................................................................... 288

Jewish Studies ................................................................................ 288

Jewish Studies Major ................................................................. 290

Hebrew Studies Minor .............................................................. 291

Jewish Studies Minor ................................................................ 291

Korean ............................................................................................. 291

Latin ................................................................................................ 291

Latin American and Caribbean Studies ....................................... 291

Latin American and Caribbean Studies Minor ........................ 292

Latina and Latino Studies ............................................................. 292

Latina and Latino Studies Major .............................................. 293

Latina and Latino Studies Minor .............................................. 294

Legal Studies .................................................................................. 294

Legal Studies Major ................................................................... 295

Legal Studies Minor ................................................................... 296

Linguistics ...................................................................................... 296

Linguistics Major ....................................................................... 298

Linguistics Minor ....................................................................... 298

Linguistics BA/MA ..................................................................... 298

Materials Science ........................................................................... 298

Materials Science Major ............................................................ 299

Materials Science Minor ............................................................ 300

Materials Science Second Major for ISP Students .................. 301

Mathematical Methods in the Social Sciences ............................ 301

MMSS Adjunct Major ................................................................ 302

Mathematics ................................................................................... 302

Mathematics Major .................................................................... 309

Mathematics Minor .................................................................... 310

Mathematics Second Major for ISP Students .......................... 311

Mathematics Second Major or Minor for MMSS Students ...... 311

Middle East and North African Studies ....................................... 312

Middle East and North African Studies Major ........................ 314

Middle East and North African Studies Minor ........................ 315

Molecular Biosciences ................................................................... 315

Neurobiology ................................................................................. 315

Neuroscience Major ................................................................... 316

Neuroscience Second Major for ISP Students ......................... 320

Neuroscience .................................................................................. 320

Persian ............................................................................................ 320

Philosophy ...................... 321

    Philosophy Major ...................... 323

    Philosophy Minor ...................... 324

Physics and Astronomy ...................... 324

    Physics Major ...................... 328

    Physics Minor ...................... 329

    Physics Second Major for ISP Students ...................... 330

Political Science ...................... 331

    Political Science Major ...................... 335

    Political Science Minor ...................... 337

Portuguese ...................... 338

Psychology ...................... 338

    Psychology Major ...................... 341

    Psychology Minor ...................... 343

Religious Studies ...................... 343

    Religious Studies Major ...................... 346

    Religious Studies Minor ...................... 346

    Catholic Studies Minor ...................... 346

Russian ...................... 346

Science in Human Culture ...................... 346

    Science in Human Culture Adjunct Major ...................... 348

    Science in Human Culture Minor ...................... 348

Slavic Languages and Literatures ...................... 349

    Slavic Languages and Literatures Major ...................... 351

    Russian and East European Studies Minor ...................... 353

Sociology ...................... 353

    Sociology Major ...................... 356

    Sociological Research Minor ...................... 357

    Sociological Studies Minor ...................... 357

Spanish & Portuguese ...................... 357

    Spanish Major ...................... 363

    Spanish Minor ...................... 364

    Portuguese Language and Lusophone Cultures Minor ...................... 364

Statistics ...................... 365

    Statistics Major ...................... 366

    Statistics Minor ...................... 367

    Data Science Minor ...................... 368

Swahili ...................... 368

Turkish ...................... 368

Urdu ...................... 368

Writing Program ...................... 368

Yiddish ...................... 369

Index ...................... 370

6    *Undergraduate*

# UNDERGRADUATE

A private, nonprofit institution founded in 1851, Northwestern University is recognized nationally and internationally for the quality of its educational programs at all levels. Innovative teaching and pioneering research take place in a highly collaborative, interdisciplinary environment that combines the resources of a major research university with the level of individual attention of a small college.

Approximately 20,000 full- and part-time students are enrolled on Northwestern's lakefront campuses in Evanston and Chicago and branch campus in Qatar. More than 8,300 undergraduates study at the University's largest campus in Evanston.

The University's 3,300 full-time faculty members range from Nobel Prize laureates to Tony Award winners. In their ranks are members of the National Academy of Sciences, the National Academy of Engineering, the American Academy of Arts and Sciences, the American Council of Learned Societies, and numerous other honorary and professional societies.

The some quarter-million alumni include Pulitzer and Nobel Prize laureates, Academy Award winners, and leaders in education, government, science, law, technology, medicine, media, and other domains.

## A Historical Overview

A year after nine Chicagoans met to establish a university "of the highest order of excellence" to serve the people of America's Northwest Territory, Northwestern University was officially incorporated in 1851. In 1853 the founders purchased a 379-acre tract of farmland along Lake Michigan 12 miles north of Chicago as a site for the new university. The town that grew up around Northwestern was named Evanston in honor of John Evans, one of the University founders.

Northwestern began classes in fall 1855 with two faculty members and 10 male students. In 1869 it enrolled its first female students, thereby becoming a pioneer in the higher education of women. By 1900 the University was composed of a liberal arts college and six professional schools, including the schools of law and medicine, with a total of 2,700 students. In the 20th century, schools were added in management, engineering, education, journalism, and continuing studies. With the establishment of the Graduate School in 1910, Northwestern adopted the German university model of providing graduate as well as undergraduate instruction and stressing research along with teaching. Recent years have seen a proliferation of academic programs and the opening of the Qatar campus.

Today Northwestern enjoys a position as one of the country's leading private research universities.

## The Undergraduate Experience
### Academic Excellence

Despite their relatively small numbers, Northwestern undergraduates enjoy a great range of educational choices, including more than 200 formal academic concentrations as well as opportunities to do research and special projects, study abroad, and pursue internships. Students frequently complete two majors or two degrees, and some construct and receive approval for their own programs of study. About three-fourths of Northwestern's undergraduates engage in internships, practicums, paid cooperative education programs, applied research, study abroad, and other off-campus experiences, often for academic credit. All benefit from a level of faculty involvement unusual for undergraduates at major universities, with faculty teaching a large proportion of classes as well as inviting students to participate in research.

At the heart of a Northwestern education is the belief that a solid foundation in the liberal arts is essential, regardless of one's future plans. Students in all six undergraduate schools may take courses in science, mathematics and technology, individual and social behavior, historical studies, the humanities, and fine and performing arts. Moreover, Northwestern's emphasis on effective communication, regardless of field of study, fosters the ability to think analytically and write and speak clearly and persuasively.

Northwestern's many interdisciplinary research centers have profound implications for undergraduate education. Their research often alters theory and practice within an academic discipline and leads to new curricula. More immediately, many research centers have special programs for undergraduates, who may apply for research grants to fund independent scholarly projects. In recent years many new research centers have been established, especially in science and technology. See research.northwestern.edu for a list of the University's research centers.

Other academic resources available to Northwestern students include the 10th-largest library collection among US private universities (www.library.northwestern.edu). Northwestern University Information Technology supports students' academic needs with extensive online services, computer labs, and wired and wireless access from nearly anywhere on campus (it.northwestern.edu).

Underpinning the breadth of a Northwestern education is the quarter system, which gives students the opportunity to take more courses than under a traditional semester system. Most undergraduates attend for three quarters each year (fall, winter, and spring). They typically take 4 courses each quarter and 12 courses in an academic year.

## Outside the Classroom

In its extracurricular offerings as well as in its academic programs, Northwestern encourages its students to develop holistically and to prepare for life in a diverse, interconnected, and rapidly changing world.

Supported by the Center for Student Involvement, the more than 500 extracurricular groups include organizations devoted to service on campus and in the community, cultural awareness and support, musical and theatrical performance, entertainment programming, political activism, career preparation, and countless mutual interests. The full list is available at northwestern.campuslabs.com/engage.

A charter member of and the only private university in the Big Ten conference, Northwestern sponsors 19 intercollegiate athletic teams (8 men's and 11 women's), as well as intramural, club, informal, and instructional sport and fitness programs. Fitness centers provide state-of-the-art facilities for exercise and recreation. Northwestern students even have their own beach and the opportunity to take sailing lessons.

About 4,000 undergraduates live in University-owned on-campus student residences that range widely in size, age, character, and suite arrangements; another 800 live in fraternity or sorority houses, and the remainder live off campus. Services available to undergraduates include counseling and psychological services, healthcare, career advising, and assistance in identifying employment, internship, and external-funding opportunities. Specialized offices and resource centers serve students with disabilities, LGBTQA students, international students, members of

various religious denominations, women, and African American, Asian/Asian American, and Hispanic/Latino students. For all programs offered by the Division of Student Affairs, see northwestern.edu/studentaffairs.

In addition to enjoying numerous opportunities on campus, students benefit from Northwestern's location in the first suburb north of Chicago. Downtown Evanston offers restaurants, shops, and a multiplex movie theater, and the cultural, entertainment, and sporting events of America's third-largest city are just a short train ride away.

## Student Demographics

Northwestern recruits students of demonstrated academic achievement from diverse social, ethnic, and economic backgrounds. More than 90 percent of applicants rank in the top 10 percent of their high school classes, and Northwestern's National Merit Scholar enrollment rate has recently ranked among the nation's highest. About one in ten applicants is accepted.

All 50 states and more than 70 countries are represented among the undergraduate student body. International students make up roughly 10 percent of the class of 2019. More than 43 percent of the first-year class come from underrepresented backgrounds. About 62 percent of students receive financial assistance.

Both the federal government and the National Collegiate Athletic Association use as a measurement for reporting purposes the graduation rates of entering classes over six continuous years. Such rates at Northwestern have remained above 90 percent since 1991–92. See www.registrar.northwestern.edu/academic_records/enrollment_and_graduation_statistics.html.

## Campuses and Schools

The six undergraduate schools on the Evanston campus offer the programs and courses described in their respective sections of this catalog. Undergraduate study may lead to the bachelor's degree as a final academic goal or to graduate or professional study.

Northwestern is accredited by the Higher Learning Commission (www.ncahlc.org). Some schools have additional accreditation, as noted in the following sections.

### Evanston Campus

The schools and other institutional divisions, in order of establishment, are as follows:

- The Judd A. and Marjorie Weinberg College of Arts and Sciences (1851) offers the degree of bachelor of arts. Majors and minors are available through departments and interdisciplinary programs spanning the arts and humanities, foreign languages, mathematics and statistics, the natural sciences, and the social sciences. Through Northwestern University School of Professional Studies, Weinberg College also offers the degrees of bachelor of philosophy and bachelor of science in general studies.
- The School of Communication (1878), with departments of communication sciences and disorders, communication studies, performance studies, radio/television/film, and theater, offers a bachelor of science in communication degree and a bachelor of arts in communication degree. Through Northwestern University School of Professional Studies, the School of Communication offers the bachelor of philosophy in communication. The school also offers the degrees of master of science in communication, health communication, leadership for creative enterprises, nonclinical

audiology, and speech, language, and learning as well as the doctor of audiology degree. Its programs are accredited by the American Speech-Language-Hearing Association and the National Association of Schools of Theatre.

- The Henry and Leigh Bienen School of Music (1895) offers the degrees of bachelor of music, bachelor of arts in music, and bachelor of science in music. In its graduate division the school offers the master of music and doctor of musical arts degrees.
- The J. L. Kellogg School of Management (1908) offers undergraduate certificates in financial economics and managerial analytics as well as the master of business administration degree. MBA students may choose from many majors, which are listed at kellogg.northwestern.edu/faculty/academics/majors. In addition to the full-time MBA program, Kellogg offers a part-time evening or weekend MBA program on Northwestern's Chicago campus, an executive MBA in Evanston and Miami, and international executive MBA programs in Canada, Europe, the Middle East, and Asia. There is also a PhD program; see kellogg.northwestern.edu/programs/doctoralprogram. In addition, a wide range of nondegree executive education courses are offered at the school's James L. Allen Center on the Evanston campus as well as in Miami. Kellogg is accredited by the American Assembly of Collegiate Schools of Business.
- The Robert R. McCormick School of Engineering and Applied Science (1909) offers the bachelor of science degree in applied mathematics, biomedical engineering, chemical engineering, civil engineering, computer engineering, computer science, electrical engineering, environmental engineering, industrial engineering, manufacturing and design engineering, materials science and engineering, mechanical engineering, and integrated engineering studies. All departments offer advanced study for graduate students. The McCormick School also offers master's degrees in analytics, biotechnology, engineering management, information technology, product design and development management, and project management. Select McCormick programs are accredited by the Engineering Accreditation Commission of the Accreditation Board for Engineering and Technology.
- The Graduate School (1910) administers advanced programs leading to the degrees of doctor of philosophy, master of arts, master of fine arts, master of public health, and master of science. Degree requirements and descriptions of individual graduate degree programs and curricula can be found through the school's website, tgs.northwestern.edu.
- Summer Session (1920) provides summer programs for undergraduate, graduate, and visiting students.
- The Medill School of Journalism, Media, Integrated Marketing Communications (1921) offers the bachelor of science degree in journalism, master of science degrees in journalism and integrated marketing communications, and an undergraduate certificate in integrated marketing communications.
- The School of Education and Social Policy (1926) offers the bachelor of science degree in education and social policy with concentrations in human development in context, learning and organizational change, secondary teaching, learning sciences, and social policy. It offers master of science degree programs in education (MSEd) with concentrations in elementary, secondary, and advanced teaching; in higher education administration and policy (MSHE); and in learning and organizational change (MSLOC). School programs administered by the Graduate School offer MA and PhD degrees in human development and social policy and in learning sciences. Its

8    *Undergraduate*

teacher education programs are accredited by the Illinois State Board of Education.

## Chicago Campus

Schools and institutional divisions on the Chicago campus, in order of establishment, are as follows:

- The Feinberg School of Medicine (1859) offers the degrees of doctor of medicine, doctor of physical therapy, master of medical science, master in prosthetics-orthotics, and bachelor of science in medicine. High school graduates accepted for the Honors Program in Medical Education can receive a Feinberg MD degree seven or eight years after they enter Weinberg College, the McCormick School, or the School of Communication. The Feinberg and McCormick Schools cooperate in biomedical engineering programs; joint degree programs with the Graduate School and the Kellogg School offer an MD degree as well as MA, MS, MPH, MBA, and PhD degrees. The Feinberg School has accreditation from the Liaison Committee on Medical Education, Accreditation Council for Continuing Medical Education, American Psychological Association, American Board for Certification in Prosthetics and Orthotics, American Physical Therapy Association, and Accreditation Council for Graduate Medical Education.

- The Northwestern Pritzker School of Law (1859) offers the degrees of juris doctor (JD), master of laws (LLM), master of studies and LLM in international human rights, LLM in taxation, master of science in law, and doctor of juridical science. An accelerated JD program allows select motivated students to complete the JD in two calendar years. The Pritzker School and the Kellogg School offer a joint degree program allowing students to earn both JD and MBA degrees in three years. Another joint program with Kellogg permits international and foreign-trained students to earn an LLM degree and a certificate in business administration in one year. Students also may participate in a five-year program to earn a JD and a PhD in one of the social sciences. In addition, the Pritzker School offers an LLM degree to executive students in Seoul, South Korea; Madrid, Spain; and Tel Aviv, Israel. The school is accredited by the American Bar Association and the Association for American Law Schools.

- Northwestern University School of Professional Studies (1933) is the continuing education division of the University, providing adults an opportunity to return to school part-time or full-time on evenings and weekends. Classes are offered on the Chicago and Evanston campuses, in the Chicago Loop, and online. In addition to postbaccalaureate and professional development certificates and master's degrees, the school offers courses leading to the degrees of bachelor of philosophy and bachelor of science in general studies, conferred by Weinberg College; and the degree of bachelor of philosophy in communication, conferred by the School of Communication. For a complete list of degrees awarded, please visit www.registrar.northwestern.edu/academic_records/nu_degrees_awarded.html. SPS administers Summer Session programs for the University and is the home of the Center for Public Safety and the Osher Lifelong Learning Institute.

## Northwestern University in Qatar

Northwestern's 12th school and only overseas campus is based in Education City, Doha, Qatar. In addition to liberal arts instruction, the school offers bachelor of science degrees conferred by the Medill School of Journalism, Media, Integrated Marketing Communications and the School of Communication. For more information about Northwestern University in Qatar, please visit www.qatar.northwestern.edu.

# PRIVACY & DISCLOSURES

This catalog for the academic year beginning in Fall 2019 contains University regulations and information about the programs and courses offered by the Judd A. and Marjorie Weinberg College of Arts and Sciences; School of Communication; School of Education and Social Policy; Robert R. McCormick School of Engineering and Applied Science; Medill School of Journalism, Media, Integrated Marketing Communications; and Henry and Leigh Bienen School of Music and about cross-school undergraduate programs. Failure to read this catalog does not excuse a student from knowing and complying with its content.

Northwestern University reserves the right to change without notice any statement in this catalog concerning, but not limited to, rules, policies, tuition, fees, curricula, and courses. In exceptional circumstances, Northwestern University reserves the right, at its sole discretion, to waive any documentation normally required for admission. It also reserves the right to admit or deny a student admission whenever it believes that it has sufficient evidence for the decision.

## Access to Student Records

Under the Family Educational Rights and Privacy Act, all students have certain rights with regard to their educational records. Northwestern's student records policy is available at www.registrar.northwestern.edu/academic_records/FERPA_policy.html.

Students' rights under FERPA include

- Inspect and review their educational records at Northwestern University
- Request an amendment of their records to ensure that the records are not inaccurate, misleading, or otherwise in violation of privacy or other rights
- Consent to release or to restrict disclosure of personally identifiable information contained in their educational records, except under certain limited circumstances when, by law, consent is not required
- File a complaint with the US Department of Education concerning alleged failures by Northwestern University to comply with FERPA requirements

## The University's Use of Email

Email is the University's mechanism for official communication with students, and Northwestern has the right to expect that students will read official email in a timely fashion.

All students are assigned a "u.northwestern.edu" address that is maintained in the University email directory. Northwestern provides a convenient mechanism for students who want to forward email from the University address to another email address of their choice, but students assume the risk of forwarding email. Failure to receive or read University communication that was sent to the "u.northwestern.edu" address does not absolve a student from knowing and complying with the content of the communication.

Faculty may use email for communicating with students registered in their classes so that all students will be able to comply with course requirements.

## Requirement to Provide Emergency Information

For the safety and security of our students, Northwestern requires all new students to provide the following emergency information in our student information system, CAESAR (https://caesar.northwestern.edu) and confirm it annually:

- **Emergency Notification Phone Number** (required):  A phone number where the student themselves can be reached in the event of a campus emergency – most likely a cell phone number.  The University will send recorded voice and text messages to this number if necessary.
- **Current / Local Address** (required):   Where we can find the student in the event of a local emergency.
- **Emergency contact** (required): Someone who can make medical decisions on the student's behalf.
- **Missing Person Contact (optional):**  The best person for the University to contact if we believe the student to be missing.

Students must enter, update or confirm the three pieces of required emergency information by the deadline (usually in mid-September) each year to avoid a registration hold. Registration holds prevent students from registering for classes or changing registration until the required three data elements are up to date.

## Title IX Compliance

Northwestern University does not discriminate or permit discrimination by any member of its community against any individual on the basis of race, color, religion, national origin, sex, pregnancy, sexual orientation, gender identity, gender expression, parental status, marital status, age, disability, citizenship status, veteran status, genetic information, or any other classification protected by law in matters of admissions, employment, housing, or services or in the educational programs or activities it operates. Further prohibited by law is discrimination against any employee and/or job applicant who chooses to inquire about, discuss, or disclose their own compensation or the compensation of another employee or applicant. Harassment, whether verbal, physical, or visual, that is based on any of these characteristics is a form of discrimination.

Northwestern University complies with federal and state laws that prohibit discrimination based on the protected categories listed above, including Title IX of the Education Amendments of 1972, which prohibits discrimination based on sex (including sexual misconduct) in the University's educational programs and activities. In addition, Northwestern provides reasonable accommodations to qualified applicants, students, and employees with disabilities and to individuals who are pregnant.

Any alleged violations of this policy or questions with respect to nondiscrimination or reasonable accommodations should be directed to:

Northwestern's Director of Equal Opportunity and Access and Section 504 Coordinator
1800 Sherman Avenue, Suite 4500
Evanston, Illinois 60208
847-491-7458
eeo@northwestern.edu

10    *Privacy & Disclosures*

Any alleged violations of this policy or questions with respect to sexual misconduct or sexual harassment should be directed to:

Northwestern's Title IX Coordinator
1800 Sherman Avenue, Suite 4500
Evanston, Illinois 60208
847-467-6871
TitleIXCoordinator@northwestern.edu

A person may also file a complaint with the Department of Education's Office for Civil Rights regarding an alleged violation of Title IX by visiting www2.ed.gov/about/offices/list/ocr/complaintintro.html or calling 800-421-3481.

*09/30/19*