# EXHIBIT 4

Case: 1:20-cv-04798 Document #: 29-4 Filed: 02/05/21 Page 2 of 10 PageID #:321

# Northwestern

## Undergraduate Catalog
## 2020–21

# TABLE OF CONTENTS

Undergraduate ................................................................... 6

Privacy & Disclosures .................................................... 9

Admission ....................................................................... 12

Financial Aid ................................................................... 16

    Financial Aid Application ....................................... 16

    Financial Aid Eligibility ......................................... 16

Tuition & Payment ........................................................ 18

    Tuition Benefit ......................................................... 18

    Withdrawal Refunds .............................................. 18

Programs A-Z ................................................................. 20

Requirements and Policies ......................................... 23

    Courses and Credit ............................................... 23

    Enrollment ................................................................ 24

        Exams and Attendance ............................... 24

        Withdrawal ..................................................... 24

    Grades ....................................................................... 25

    Graduation & Degrees .......................................... 26

        Graduation Honors ...................................... 27

    Student Status ........................................................ 27

        Academic Standing ..................................... 27

        Disciplinary Actions ................................... 28

        Returning to the University ...................... 28

    Transcripts ............................................................... 28

    Transfer Credit ....................................................... 28

        Test Credit ...................................................... 29

        Transfer Types ............................................. 29

    Undergraduate Registration Requirement ....................................... 29

Additional Baccalaureate Options ............................ 31

    Accelerated Bachelors ......................................... 31

    Certificates .............................................................. 31

        Kellogg Certificates .................................... 31

            Financial Economics Certificate ........................ 31

            Managerial Analytics Certificate ........................ 31

        McCormick Certificates ............................. 32

        Medill Certificates ....................................... 32

        Programs & Centers Certificates ............ 32

            Leadership ........................................................ 32

            Sustainability and Energy .................................... 33

        SESP Certificates ....................................... 34

    Minors ....................................................................... 34

        Bienen Minors ................................................. 34

        Programs & Centers Minors ..................... 34

            Transportation and Logistics Minor .................. 35

        SoC Minors ..................................................... 36

        McCormick Minors ....................................... 36

        WCAS Minors ................................................ 36

    Second Majors ....................................................... 37

        Bienen Second Majors ............................... 37

        WCAS Second Majors ............................... 37

Dual Graduate & Undergraduate Degrees ............. 38

    Honors Program in Medical Education ............ 38

    Premedical Scholars Program ........................... 39

Dual Bachelor's Degrees ............................................ 40

    BA/BS in Liberal Arts and Engineering ........... 40

    BA/BMus in Liberal Arts and Music ................. 40

    BA/BS or BS/BS in Communication and Engineering ..................... 41

    BA/BMus, BS/BMus, BA/BAMus, or BS/BAMus in Communication and Music ......... 41

    BSED/BMus or BSED/BAMus in Education and Social Policy and in Music ... 42

    BS/BMus or BS/BAMus in Engineering and Music ......................... 42

    BSJ/BMus in Journalism and Music ................ 42

Study Outside Northwestern ..................................... 44

Undergraduate Research ........................................... 45

Special Programs & Courses .................................... 46

    College Transition Programs ............................. 46

    Innovation in News and Storytelling ................ 46

    Military Programs .................................................. 46

        Naval Science ................................................ 46

Academic Calendar ..................................................... 48

Academic Integrity ....................................................... 49

Academic Support ....................................................... 50

Henry and Leigh Bienen School of Music .............. 51

    Composition and Music Technology ................ 54

        Composition Major ...................................... 56

        Composition Minor ...................................... 56

        Music Technology Minor ............................ 56

    Conducting and Ensembles ............................... 56

    Jazz ........................................................................... 57

        Jazz Studies Major ...................................... 57

    Music Cognition .................................................... 58

    Music Core .............................................................. 58

Music Education .................................................... 59

    Music Education Major ..................................... 60

    Music Education Minor ..................................... 61

Music Studies for Nonmajors ................................. 61

Music Technology ................................................. 63

Music Theory and Cognition ................................. 63

    Music Cognition Major ..................................... 63

    Music Cognition Minor ..................................... 64

    Music Theory Major ......................................... 64

    Music Theory Minor ......................................... 64

Musicology ........................................................... 64

    Musicology Major ............................................ 66

    Musicology Minor ............................................ 66

Piano ................................................................... 66

    Piano Major .................................................... 67

String Instruments ................................................ 68

    String Instruments Major .................................. 69

Voice and Opera ................................................... 70

    Voice and Opera Major .................................... 70

Winds and Percussion Instruments ......................... 71

    Winds and Percussion Instruments Major ............. 72

School of Communication ....................................... 73

Communication Sciences and Disorders .................. 77

    Human Communication Sciences Major ............... 78

    Human Communication Sciences Minor ............... 79

Communication Studies ......................................... 79

    Communication Studies Major ........................... 83

Dance ................................................................. 84

General Communication ......................................... 84

Human Communication Sciences ............................ 84

Performance Studies ............................................. 84

    Performance Studies Major ............................... 86

    Performance Studies Minor ............................... 87

Radio/Television/Film ............................................ 87

    Film and Media Studies Minor ........................... 89

    Radio/Television/Film Major .............................. 90

    Sound Design Minor ........................................ 91

Theatre ............................................................... 91

    Dance Major ................................................... 97

    Dance Minor ................................................... 98

    Music Theatre Certificate .................................. 99

    Theatre Major ................................................ 100

    Theatre Minor ................................................ 102

School of Education and Social Policy ..................... 104

Human Development in Context ............................. 106

    Human Development in Context Major ................ 107

Learning and Organizational Change ...................... 108

    Learning and Organizational Change Major .......... 110

Learning Sciences ................................................ 111

    Learning Sciences Major .................................. 113

Secondary Teaching ............................................. 114

Social Policy ........................................................ 120

    Social Policy Major .......................................... 121

Summer Field Studies Program .............................. 122

Civic Engagement Certificate ................................. 122

Robert R. McCormick School of Engineering and Applied Science ...... 124

Applied Mathematics ............................................ 129

Biomedical Engineering ......................................... 129

    Biomedical Engineering Degree ......................... 131

Chemical Engineering ........................................... 132

    Chemical Engineering Degree ........................... 134

    Biotechnology and Biochemical Engineering Minor .............. 135

Civil and Environmental Engineering ....................... 136

    Civil Engineering Degree .................................. 144

    Environmental Engineering Degree ..................... 144

    Architectural Engineering and Design Minor .......... 145

    Environmental Engineering Minor ....................... 145

Computer Engineering .......................................... 146

Computer Science ................................................ 146

    Computer Science Degree ................................ 149

    Computer Science Minor (McCormick School of Engineering) ........ 151

Design Engineering (Engineering Design) ................ 152

Electrical and Computer Engineering ....................... 152

    Computer Engineering Degree ........................... 156

    Electrical Engineering Degree ............................ 158

Engineering Sciences and Applied Mathematics ........ 159

    Applied Mathematics Degree ............................. 160

Environmental Engineering .................................... 160

Farley Center for Entrepreneurship ......................... 160

    Entrepreneurship Minor .................................... 161

General Engineering ............................................. 162

Industrial Engineering and Management Sciences ...... 164

    Industrial Engineering Degree ........................... 166

Segal Design Institute .................................................. 167

    Manufacturing and Design Engineering Degree ..................... 169

    Segal Design Certificate ...................................... 169

Materials Science and Engineering ............................... 170

    Materials Science and Engineering Degree ........................ 173

Mechanical Engineering ............................................. 174

    Mechanical Engineering Degree ............................... 177

Medill School of Journalism, Media, Integrated Marketing Communications ...................................................... 178

    Integrated Marketing Communications .......................... 180

        Integrated Marketing Communications Certificate ............... 181

    Journalism .................................................... 181

        Journalism Degree ......................................... 185

Judd A. and Marjorie Weinberg College of Arts and Sciences ............ 186

    African American Studies ...................................... 191

        African American Studies Major ............................... 194

        African American Studies Minor ............................... 196

    African Studies ............................................... 196

        African Studies Adjunct Major ................................ 197

        African Studies Minor ....................................... 197

    American Studies .............................................. 198

        American Studies Major ...................................... 198

    Anthropology .................................................. 198

        Anthropology Major ......................................... 201

        Anthropology Minor ......................................... 203

    Arabic ........................................................ 204

    Art History ................................................... 204

        Art History Major .......................................... 206

        Art History Minor .......................................... 207

    Art Theory and Practice ....................................... 207

        Art Theory and Practice Major ............................... 208

        Art Theory and Practice Minor ............................... 208

    Asian American Studies ........................................ 208

        Asian American Studies Major ................................ 209

        Asian American Studies Minor ................................ 210

    Asian Languages and Cultures .................................. 210

        Asian Languages and Cultures Major .......................... 215

        Asian Humanities Minor ..................................... 216

        Advanced Asian Languages Minor ............................. 216

    Astronomy .................................................... 216

    Biological Sciences ........................................... 216

        Biological Sciences Major ................................... 220

        Biological Sciences Second Major for ISP Students ............. 222

Business Institutions .............................................. 222

    Business Institutions Minor ................................... 222

Catholic Studies ................................................... 223

Chemistry .......................................................... 223

    Chemistry Major .............................................. 227

    Chemistry Minor .............................................. 229

    Chemistry Second Major for ISP Students ....................... 229

    Chemistry BA/MS .............................................. 229

Chicago Field Studies .............................................. 229

Chinese ............................................................ 230

Classics ........................................................... 230

    Classics Major ............................................... 233

    Classics Minor Concentrations ................................ 234

Cognitive Science .................................................. 234

    Cognitive Science Major ...................................... 235

    Cognitive Science Minor ...................................... 237

Comparative Literary Studies ....................................... 237

    Comparative Literary Studies Major ........................... 238

    World Literature Minor ....................................... 239

    Comparative Literary Studies BA/MA ........................... 240

Computer Science ................................................... 240

    Computer Science Major ....................................... 240

    Computer Science Minor (Weinberg College) .................... 242

    Computer Science Second Major for ISP Students ............... 243

    Computer Science BA/MS ....................................... 243

Critical Theory .................................................... 243

    Critical Theory Minor ........................................ 244

Data Science ....................................................... 244

Earth and Planetary Sciences ....................................... 244

    Earth and Planetary Sciences Major ........................... 246

    Earth and Planetary Sciences Minor ........................... 248

    Earth and Planetary Sciences Second Major for ISP Students .................................................... 248

Economics .......................................................... 248

    Economics Major .............................................. 251

    Economics Minor .............................................. 252

    Economics BA/MA .............................................. 252

English ............................................................ 253

    English and American Literature Major ........................ 256

    Creative Writing Major ....................................... 257

    English and American Literature Minor ........................ 257

Creative Writing Sequence-Based Minor ................................ 257

Creative Writing Cross-Genre Minor ........................................ 258

Environmental Policy and Culture ............................................. 258

Environmental Policy and Culture Minor ................................ 259

Environmental Sciences ............................................................. 259

Environmental Sciences Major ............................................... 260

Environmental Sciences Second Major for ISP Students ....... 262

Ethics and Civic Life ................................................................... 262

Brady Scholars Program .......................................................... 262

First-Year Seminars ................................................................... 262

French and Italian ...................................................................... 262

French Major ........................................................................... 267

French Minor ........................................................................... 268

Italian Literature and Culture Major ...................................... 269

Italian Minor ............................................................................ 270

French BA/MA ......................................................................... 270

Gender and Sexuality Studies .................................................. 270

Gender and Sexuality Studies Major ...................................... 272

Gender and Sexuality Studies Minor ...................................... 272

General Liberal Arts ................................................................... 272

Geography ................................................................................... 273

Geography Adjunct Major ....................................................... 274

Geography Minor ..................................................................... 274

German ........................................................................................ 274

German Major .......................................................................... 278

German Minor .......................................................................... 279

German Studies Minor ............................................................ 279

Business German Minor .......................................................... 280

Global Health Studies ................................................................ 280

Global Health Studies Adjunct Major ..................................... 281

Global Health Studies Minor ................................................... 282

Greek ........................................................................................... 282

Hebrew ........................................................................................ 282

Hindi ............................................................................................ 282

History ......................................................................................... 282

History Major ........................................................................... 287

History Minor ........................................................................... 290

Humanities .................................................................................. 290

Humanities Minor .................................................................... 292

Kaplan Humanities Scholars Program .................................... 292

Integrated Science ..................................................................... 292

Integrated Science Major ........................................................ 293

International Studies ................................................................... 293

International Studies Adjunct Major ....................................... 294

International Studies Minor ..................................................... 295

Italian .......................................................................................... 295

Japanese ..................................................................................... 295

Jewish Studies ............................................................................ 295

Jewish Studies Major .............................................................. 297

Hebrew Studies Minor ............................................................ 298

Jewish Studies Minor .............................................................. 298

Korean ......................................................................................... 298

Latin ............................................................................................ 298

Latin American and Caribbean Studies .................................... 298

Latin American and Caribbean Studies Minor ....................... 298

Latina and Latino Studies .......................................................... 299

Latina and Latino Studies Major ............................................ 300

Latina and Latino Studies Minor ............................................ 301

Legal Studies .............................................................................. 301

Legal Studies Major ................................................................ 302

Legal Studies Minor ................................................................ 303

Linguistics ................................................................................... 303

Linguistics Major ..................................................................... 305

Linguistics Minor ..................................................................... 305

Linguistics BA/MA ................................................................... 305

Materials Science ....................................................................... 306

Materials Science Major ......................................................... 306

Materials Science Minor ......................................................... 307

Materials Science Second Major for ISP Students ................ 308

Mathematical Methods in the Social Sciences ........................ 308

MMSS Adjunct Major .............................................................. 309

Mathematics ............................................................................... 310

Mathematics Major ................................................................. 316

Mathematics Minor ................................................................. 318

Mathematics Second Major for ISP Students ........................ 318

Mathematics Second Major or Minor for MMSS Students ..... 318

Middle East and North African Studies ..................................... 319

Middle East and North African Studies Major ....................... 322

Middle East and North African Studies Minor ....................... 322

Molecular Biosciences ............................................................... 323

Native American and Indigenous Studies ................................. 323

Native American and Indigenous Studies Minor .................... 323

Neurobiology .............................................................................. 323

Neuroscience Major ................................................................ 325

Neuroscience Second Major for ISP Students ........................ 329

Neuroscience ........................................................................ 329

Persian ................................................................................. 329

Philosophy ........................................................................... 329

    Philosophy Major ...................................................... 332

    Philosophy Minor ...................................................... 333

Physics and Astronomy ........................................................ 333

    Physics Major ........................................................... 337

    Physics Minor ........................................................... 338

    Physics Second Major for ISP Students ................... 339

Political Science .................................................................. 339

    Political Science Major ............................................. 344

    Political Science Minor ............................................. 345

Portuguese .......................................................................... 347

Psychology .......................................................................... 347

    Psychology Major ..................................................... 350

    Psychology Minor ..................................................... 351

Religious Studies ................................................................. 352

    Religious Studies Major ........................................... 354

    Religious Studies Minor ........................................... 355

    Catholic Studies Minor ............................................ 355

Russian ............................................................................... 355

Science in Human Culture ................................................... 355

    Science in Human Culture Adjunct Major ................ 357

    Science in Human Culture Minor .............................. 357

Slavic Languages and Literatures ....................................... 357

    Slavic Languages and Literatures Major ................. 360

    Russian and East European Studies Minor ............. 362

Sociology ............................................................................ 362

    Sociology Major ....................................................... 365

    Sociological Research Minor .................................... 366

    Sociological Studies Minor ...................................... 366

Spanish & Portuguese ........................................................ 366

    Spanish Major ......................................................... 372

    Spanish Minor ......................................................... 373

    Portuguese Language and Lusophone Cultures Minor .......... 373

Statistics ............................................................................. 374

    Statistics Major ....................................................... 375

    Statistics Minor ....................................................... 376

    Data Science Minor ................................................. 377

Swahili ................................................................................ 377

Turkish ................................................................................ 377

Urdu .................................................................................... 377

Writing Program .................................................................. 377

Yiddish ................................................................................ 378

Index ................................................................................... 379

# PRIVACY & DISCLOSURES

This catalog for the academic year beginning in Fall 2020 contains University regulations and information about the programs and courses offered by the Judd A. and Marjorie Weinberg College of Arts and Sciences; School of Communication; School of Education and Social Policy; Robert R. McCormick School of Engineering and Applied Science; Medill School of Journalism, Media, Integrated Marketing Communications; and Henry and Leigh Bienen School of Music and about cross-school undergraduate programs.

Failure to read this catalog does not excuse a student from knowing and complying with its content.

Northwestern University reserves the right to change without notice any statement in this catalog concerning, but not limited to, rules, policies, tuition, fees, curricula, and courses. In exceptional circumstances, Northwestern University reserves the right, at its sole discretion, to waive any documentation normally required for admission. It also reserves the right to admit or deny a student admission whenever it believes that it has sufficient evidence for the decision.

## Student Expectations and COVID-19 Code of Conduct

Northwestern University is excited, yet cautious, about welcoming students back. The highest priority for the University is the well-being of our Wildcat community. Northwestern has developed the following expectations for all enrolled students who return to campus or participate in any University program (even remotely). Northwestern University may modify these expectations at any time as guidance from federal, state, and local governments and/or the University evolves. Substantive modifications will be communicated to you.  As a reminder, in addition to the expectations set forth below, all students are expected to follow policies applicable to students, including those contained in the Student Handbook or your specific academic program.

To be eligible to enroll, students must agree to the following:

- *I will regularly monitor the University's guidelines related to COVID-19 on the* COVID-19 site *(*https://www.northwestern.edu/coronavirus-covid-19-updates/campus-return/guidelines/*) and stay updated on any guidance provided by the University.*
- *While on campus I will abide by any additional safety or hygiene standards recommended by Northwestern, the Illinois Department of Public Health, or the CDC, including standards regarding social distancing, limiting gatherings, hand washing and sanitizing, and cleaning shared surfaces.*
- *I will wear a mask or face covering in all public and shared environments on campus and whenever required by the University, unless I have a medical condition that restricts my ability to do so. I understand that the face covering must meet guidelines from the Centers for Disease Control and Prevention (CDC) and Northwestern's* guidance *(*https://www.northwestern.edu/coronavirus-covid-19-updates/campus-return/guidelines/facemasks.html*).*
- *I understand that I may be asked to submit to COVID-19 testing and will comply with COVID-19 testing recommendations.*
- *I will cooperate with any contact tracing efforts by the University.*
- *I will perform and document any self-monitoring or self-screening of health symptoms that the University asks me to complete, including monitoring my personal health daily and reporting any conditions as required by the University.*
- *I will participate in any additional health screening required by the University.*
- *I will immediately report any exposure to COVID-19 to Northwestern University Health Service or to any other offices/functions required by Northwestern and will not participate in in-person activities until I am cleared by the University.*
- *I will follow the* University's guidance on self-isolation *(*https://www.northwestern.edu/coronavirus-covid-19-updates/health/health-monitoring/*) and/or quarantining, including self-isolation for individuals who have traveled outside of the United States within the last 14 days.*
- *I recognize that individuals with the following conditions may have a higher risk from COVID-19 infection: age 65 or older, HIV, asthma, chronic lung disease, diabetes, serious heart condition, chronic kidney disease being treated with dialysis, severe obesity, immunocompromised, and certain pregnancy related conditions.*
- *If I will be residing in University housing, I will review the* Expectations for Undergraduate Residents During COVID-19 *(*https://sites.northwestern.edu/covid19housing/undergraduate-policies/*) and/or the* Expectations for Graduate Residents During COVID-19 *(*https://sites.northwestern.edu/covid19housing/graduate-policies/*) and follow the expectations set forth therein.*
- *I will complete training programs related to COVID-19 provided by the University.*

I have read and understand this summary of expectations, and agree to follow all Northwestern University guidelines related to reducing the spread of COVID-19. If I do not follow these expectations, I may be referred to the Office of Student Conduct or my dean's office for follow up. I understand these expectations may change given the evolving nature of the pandemic. I further understand that if I have questions, I can raise them with the appropriate University office.

I understand and acknowledge that while Northwestern is continuing to clean, sanitize, and engage in social distancing and other best practices, and that Northwestern is continuing to follow the guidance of public health officials to help prevent the contracting or spread of COVID-19, much of the nature of the COVID-19 virus is still unknown (including potential long term health effects), and Northwestern cannot control risks associated with COVID-19 or guarantee that the campus (including any building) is free of the virus, or that I or my belongings will not be exposed to COVID-19, and that such exposure may result in illness and/or a disruption to my student experience.

I understand and acknowledge that Northwestern may need to make sudden changes to the campus environment, which may also impact my experience.

I understand and acknowledge that the University hopes that at least some instruction and activities will take place in person in the upcoming term. However, the majority of courses will be delivered remotely and in-person course delivery is dependent upon evolving health guidelines and space availability. Accordingly, some or all instruction for all or part of the term may be delivered remotely, activities may be cancelled or postponed, and courses with in-person components may shift to online delivery at some point. The University and its schools and units may also adjust other features of the academic experience, like course offerings and grading. Such changes will be communicated to students by the University, their school, or program. **Tuition and fees will not be refunded or**

***prorated in these circumstances. Tuition and fees also will not be refunded or prorated if I choose to participate in courses offered remotely.***

I understand and acknowledge that I have informed awareness of these risks and share the responsibility for minimizing risk of exposure to and spread of COVID-19 to myself and others, and that I am voluntarily resuming my academic program. If I decline the option to resume my academic program, I understand that I am making that decision voluntarily and understand any programmatic or financial implications of that decision. If I have questions about this, I will contact my academic program.

If I'm a student with a disability in need of a reasonable accommodation, I understand I should contact AccessibleNU to go through the accommodation process.

*All enrolled students must acknowledge via CAESAR that they read and understood this statement and agreed to the terms set forth above.*

## Access to Student Records

Under the Family Educational Rights and Privacy Act, all students have certain rights with regard to their educational records. Northwestern's student records policy is available at www.registrar.northwestern.edu/academic_records/FERPA_policy.html.

Students' rights under FERPA include

- Inspect and review their educational records at Northwestern University
- Request an amendment of their records to ensure that the records are not inaccurate, misleading, or otherwise in violation of privacy or other rights
- Consent to release or to restrict disclosure of personally identifiable information contained in their educational records, except under certain limited circumstances when, by law, consent is not required
- File a complaint with the US Department of Education concerning alleged failures by Northwestern University to comply with FERPA requirements

## The University's Use of Email

Email is the University's mechanism for official communication with students, and Northwestern has the right to expect that students will read official email in a timely fashion.

All students are assigned a "u.northwestern.edu" address that is maintained in the University email directory. Northwestern provides a convenient mechanism for students who want to forward email from the University address to another email address of their choice, but students assume the risk of forwarding email. Failure to receive or read University communication that was sent to the "u.northwestern.edu" address does not absolve a student from knowing and complying with the content of the communication.

Faculty may use email for communicating with students registered in their classes so that all students will be able to comply with course requirements.

## Requirement to Provide Emergency Information

For the safety and security of our students, Northwestern requires all new students to provide the following emergency information in our student information system, CAESAR (https://caesar.northwestern.edu/) and confirm it annually:

- **Emergency Notification Phone Number** (required): A phone number where the student themselves can be reached in the event of a campus emergency – most likely a cell phone number. The University will send recorded voice and text messages to this number if necessary.
- **Current / Local Address** (required): Where we can find the student in the event of a local emergency.
- **Emergency contact** (required): Someone who can make medical decisions on the student's behalf.
- **Missing Person Contact (optional):** The best person for the University to contact if we believe the student to be missing.

Students must enter, update or confirm the three pieces of required emergency information by the deadline (usually in mid-September) each year to avoid a registration hold. Registration holds prevent students from registering for classes or changing registration until the required three data elements are up to date.

## Nondiscrimination Statement

Northwestern University does not discriminate or permit discrimination by any member of its community against any individual on the basis of race, color, religion, national origin, sex, pregnancy, sexual orientation, gender identity, gender expression, parental status, marital status, age, disability, citizenship status, veteran status, genetic information, reproductive health decision making, or any other classification protected by law in matters of admissions, employment, housing, or services or in the educational programs or activities it operates. Harassment, whether verbal, physical, or visual, that is based on any of these characteristics is a form of discrimination. Further prohibited by law is discrimination against any employee and/or job applicant who chooses to inquire about, discuss, or disclose their own compensation or the compensation of another employee or applicant.

Northwestern University complies with federal and state laws that prohibit discrimination based on the protected categories listed above, including Title IX of the Education Amendments of 1972. Title IX requires educational institutions, such as Northwestern, to prohibit discrimination based on sex (including sexual harassment) in the University's educational programs and activities, including in matters of employment and admissions. In addition, Northwestern provides reasonable accommodations to qualified applicants, students, and employees with disabilities and to individuals who are pregnant.

Any alleged violations of this policy or questions with respect to nondiscrimination or reasonable accommodations should be directed to:

Northwestern's Office of Equity
1800 Sherman Avenue, Suite 4-500
Evanston, Illinois 60208
847-467-6165
equity@northwestern.edu

Questions specific to sex discrimination (including sexual misconduct and sexual harassment) should be directed to:

Northwestern's Title IX Coordinator in the Office of Equity
1800 Sherman Avenue, Suite 4-500
Evanston, Illinois 60208
847-467-6165

TitleIXCoordinator@northwestern.edu

A person may also file a complaint with the Department of Education's Office for Civil Rights regarding an alleged violation of Title IX by visiting www2.ed.gov/about/offices/list/ocr/complaintintro.html (https://www2.ed.gov/about/offices/list/ocr/complaintintro.html) or calling 800-421-3481. Inquiries about the application of Title IX to Northwestern may be referred to Northwestern's Title IX Coordinator, the United States Department of Education's Assistant Secretary for Civil Rights, or both.