# EXHIBIT 5

Case: 1:20-cv-04798 Document #: 29-5 Filed: 02/05/21 Page 2 of 10 PageID #:331

# Northwestern

# The Graduate School Catalog
# 2019–20

# TABLE OF CONTENTS

The Graduate School ................................................................. 6

Academic Policies and Procedures .......................................... 7

    Academic Calendar ............................................... 7

    Academic Integrity ............................................... 7

    Ad Hoc Combined Degrees .................................. 8

    Certificate Requirements .................................... 9

    Change in Degree Sought .................................. 10

    Diversity Statement ........................................... 10

    General Registration Policies ............................ 10

    Graduation and Diploma Mailing ....................... 13

    Leaves of Absence ............................................ 13

    Master's Degree Requirements ......................... 14

    Parental Accommodation .................................. 15

    Patent and Invention Policy .............................. 16

    PhD Degree Requirements ................................ 17

    Program Transfer .............................................. 19

    Readmission ..................................................... 19

    Satisfactory Academic Progress ....................... 19

    Student Funding Policies ................................... 21

    Student Handbook and Code of Conduct .......... 22

    Teaching ........................................................... 22

    Withdrawal ........................................................ 23

Programs A-Z ......................................................................... 24

    Accounting Information and Management ........... 26

        Accounting Information and Management PhD ....... 27

    Acting ............................................................... 27

        Acting MFA ................................................... 27

    African American Studies ................................... 28

        African American Studies PhD ...................... 29

    Anthropology .................................................... 29

        Anthropology PhD ......................................... 29

    Applied Physics ................................................. 30

        Applied Physics PhD ..................................... 30

    Art History ......................................................... 31

        Art History PhD ............................................. 31

    Art Theory and Practice ..................................... 32

        Art Theory and Practice MFA ....................... 33

    Astronomy ........................................................ 33

        Astronomy PhD ............................................ 33

    Biomedical Engineering ..................................... 33

        Biomedical Engineering BS/MS ................................. 34

        Biomedical Engineering MS ..................................... 34

        Biomedical Engineering PhD .................................... 35

Biostatistics ................................................................. 36

    Biostatistics MS .......................................... 37

Chemical and Biological Engineering ............................ 38

    Chemical and Biological Engineering MS ................... 38

    Chemical and Biological Engineering PhD ................. 38

Chemistry ..................................................................... 39

    Chemistry PhD ............................................ 39

Civil and Environmental Engineering ............................ 39

    Civil and Environmental Engineering MS ................... 40

    Civil and Environmental Engineering PhD ................. 40

Clinical Investigation .................................................... 40

    Clinical Investigation MS ............................ 40

Clinical Psychology ...................................................... 41

    Clinical Psychology MA ............................... 41

    Clinical Psychology PhD ............................. 42

Communication Sciences and Disorders ....................... 42

    Communication Sciences and Disorders PhD ............ 42

Communication Sciences and Disorders and Audiology ......... 43

    Communication Sciences and Disorders and Audiology PhD/AuD .................... 43

Communication Studies ................................................ 44

    Communication Studies PhD ....................... 45

Comparative Literary Studies ....................................... 45

    Comparative Literary Studies PhD .............. 45

Computer Engineering .................................................. 45

    Computer Engineering MS .......................... 46

    Computer Engineering PhD ......................... 48

Computer Science ........................................................ 49

    Computer Science MS ................................. 49

    Computer Science PhD ............................... 49

Computer Science and Learning Sciences ..................... 50

    Computer Science and Learning Sciences PhD .......... 50

Counseling ................................................................... 51

    Counseling MA ............................................ 52

Litowitz Creative Writing Graduate Program .................. 53

    Litowitz Creative Writing Graduate Program MFA + MA ........... 53

Directing ...................................................................... 54

    Directing MFA ............................................. 54

Documentary Media ..................................................... 54

Documentary Media MFA ........................................................ 55

Driskill Graduate Training Program in Life Sciences ......................... 55

    Driskill Graduate Training Program in Life Sciences PhD .......... 56

Earth and Planetary Sciences ................................................. 56

    Earth and Planetary Sciences PhD .......................................... 56

Economics ..................................................................... 57

    Economics Masters ........................................................... 57

    Economics PhD ............................................................... 58

Electrical Engineering ........................................................ 58

    Electrical Engineering MS ................................................... 59

    Electrical Engineering PhD .................................................. 60

Engineering Design and Innovation ............................................. 61

    Engineering Design and Innovation MS ....................................... 61

Engineering Sciences and Applied Mathematics .................................. 61

    Engineering Sciences and Applied Mathematics MS ............................. 61

    Engineering Sciences and Applied Mathematics PhD ........................... 62

English ....................................................................... 62

    English MA ................................................................... 62

    English PhD .................................................................. 63

Finance ....................................................................... 63

    Finance PhD .................................................................. 63

Financial Economics ........................................................... 64

    Financial Economics PhD ..................................................... 64

French and Francophone Studies ................................................ 65

    French PhD ................................................................... 65

Genetic Counseling ............................................................ 66

    Genetic Counseling MS ....................................................... 66

German Literature and Critical Thought ........................................ 66

    German Literature and Critical Thought PhD .................................. 67

Health and Biomedical Informatics ............................................. 67

    Health and Biomedical Informatics MS ........................................ 67

Health Sciences Integrated Program ............................................ 67

    Health Sciences Integrated Program PhD ...................................... 68

Health Services and Outcomes Research ......................................... 70

    Health Services and Outcomes Research MS .................................... 70

Healthcare Quality and Patient Safety ......................................... 70

    Healthcare Quality and Patient Safety MS .................................... 71

    Healthcare Quality and Patient Safety MS/MD ................................. 71

History ....................................................................... 72

    History PhD .................................................................. 72

Human Development and Social Policy ........................................... 72

    Human Development and Social Policy Program PhD ............................. 72

Industrial Engineering and Management Sciences ................................ 73

    Industrial Engineering and Management Sciences PhD .......................... 74

Interdisciplinary Biological Sciences Program ................................. 74

    Interdisciplinary Biological Sciences Program PhD ........................... 75

JD/PhD Combined Degree Program ................................................ 75

    JD/PhD Combined Degree ...................................................... 75

Learning Sciences ............................................................. 76

    Learning Sciences MA ........................................................ 76

    Learning Sciences PhD ....................................................... 76

Life Sciences and Clinical Investigation Dual Degree .......................... 77

    Life Sciences and Clinical Investigation Dual Degree MS/PhD ................................................................... 77

Life Sciences and Public Health Dual Degree ................................... 77

    Life Sciences and Public Health Dual Degree PhD/MPH .......... 78

Linguistics ................................................................... 78

    Linguistics PhD ............................................................. 79

Management and Organizations .................................................. 79

    Management and Organizations PhD ............................................ 80

Management and Organizations and Sociology .................................... 80

    Management and Organizations and Sociology PhD ............................. 80

Managerial Economics and Strategy ............................................. 81

    Managerial Economics and Strategy PhD ...................................... 81

Marketing ..................................................................... 82

    Marketing PhD ............................................................... 82

Marriage and Family Therapy ................................................... 83

    Marriage and Family Therapy MS .............................................. 83

Materials Science and Engineering ............................................. 83

    Materials Science and Engineering MS ........................................ 84

    Materials Science and Engineering PhD ....................................... 84

Mathematics ................................................................... 84

    Mathematics PhD ............................................................. 84

Mechanical Engineering ........................................................ 85

    Mechanical Engineering MS ................................................... 85

    Mechanical Engineering PhD .................................................. 85

Media, Technology and Society ................................................. 85

    Media, Technology and Society PhD ........................................... 85

Medical Anthropology .......................................................... 86

    Medical Anthropology PhD/MPH ................................................ 86

Medical Humanities and Bioethics .............................................. 87

    Medical Humanities and Bioethics MA ......................................... 87

Medical Scientist Training Program ............................................ 87

    Medical Scientist Training Program MD/PhD ................................... 87

Medicine and Public Health ........................................ 88

    Medicine and Public Health MD/MPH ....................... 88

Music ...................................................................... 88

    Music PhD .................................................... 88

Neurobiology .............................................................. 89

    Neurobiology MS ............................................... 89

Northwestern University Interdepartmental Neuroscience Program (NUIN) ................................................... 90

    Interdepartmental Neuroscience Program (NUIN) PhD ............ 90

Operations Management ................................................ 90

    Operations Management PhD .................................... 90

Performance Studies .................................................... 91

    Performance Studies MA ...................................... 91

    Performance Studies PhD ..................................... 91

Philosophy ................................................................ 92

    Philosophy PhD ............................................... 92

Physical Therapy and Engineering ................................... 93

    Physical Therapy and Engineering PhD/DPT ................... 93

Physical Therapy and Public Health ................................. 93

    Physical Therapy and Public Health DPT/MPH ................ 94

Physics ................................................................... 94

    Physics MS .................................................... 94

    Physics PhD ................................................... 95

Plant Biology and Conservation ..................................... 96

    Plant Biology and Conservation MS .......................... 96

    Plant Biology and Conservation PhD ......................... 96

Political Science ........................................................ 97

    Political Science PhD ......................................... 97

Psychology ............................................................... 97

    Psychology PhD ............................................... 98

Public Health ............................................................ 98

    Public Health MPH ............................................ 98

Quantitative and Systems Biology ................................... 100

    Quantitative and Systems Biology MS ........................ 100

Religious Studies ....................................................... 100

    Religious Studies PhD ........................................ 101

Reproductive Science and Medicine ................................. 101

    Reproductive Science and Medicine MS ...................... 101

Screen Cultures ......................................................... 102

    Screen Cultures PhD ......................................... 102

Slavic Languages and Literatures ................................... 103

    Slavic Languages and Literatures PhD ....................... 103

Sociology ................................................................. 104

    Sociology PhD ................................................ 104

Spanish and Portuguese ............................................... 104

    Spanish and Portuguese PhD ................................. 105

Stage Design ............................................................ 105

    Stage Design MFA ........................................... 106

Statistics ................................................................. 106

    Statistics MS ................................................ 107

    Statistics PhD ............................................... 107

Technology and Social Behavior ..................................... 107

    Technology and Social Behavior PhD ......................... 108

Theatre & Drama ....................................................... 109

    Theatre & Drama PhD ........................................ 109

Theoretical and Applied Mechanics ................................. 110

    Theoretical and Applied Mechanics MS ...................... 110

    Theoretical and Applied Mechanics PhD ..................... 110

Writing for the Screen and Stage .................................... 110

    Writing for the Screen and Stage MFA ....................... 111

Courses A-Z ............................................................. 112

Accounting and Information Systems (ACCT) ...................... 113

African American Studies (AF_AM_ST) ............................. 113

African Studies (AFST) ................................................ 114

Anthropology (ANTHRO) .............................................. 114

Applied Physics (APP_PHYS) ......................................... 117

Arabic (ARABIC) ....................................................... 117

Art History (ART_HIST) ............................................... 117

Art Theory & Practice (ART) ......................................... 119

Asian Languages and Cultures (ASIAN_LC) ....................... 119

Astronomy (ASTRON) .................................................. 120

Biological Sciences (BIOL_SCI) ...................................... 120

Biomedical Engineering (BMD_ENG) ............................... 121

Career Development (CRDV) .......................................... 123

Chemical Engineering (CHEM_ENG) ................................ 124

Chemistry (CHEM) ..................................................... 126

Chicago Field Studies (CFS) .......................................... 127

Chicago Metropolitan Exchange Program (CME) .................. 127

Chinese (CHINESE) .................................................... 127

CIC Traveling Scholar (CIC) .......................................... 127

Civil and Environmental Engineering (CIV_ENV) ................. 128

Classics - Readings in English (CLASSICS) ........................ 133

Clinical Psychology (CLIN_PSY) ..................................... 133

Cognitive Science (COG_SCI) ........................................ 136

Communication Sciences and Disorders (CSD) ............................ 136

Communication Studies (COMM_ST) .................................... 138

Comparative & Historical Social Science (CHSS) ......................... 140

Comparative Literary Studies (COMP_LIT) .................................. 140

Comparative Race and Diaspora (CRD) ..................................... 141

Computer Engineering (COMP_ENG) ....................................... 141

Computer Science (COMP_SCI) ............................................. 142

Counseling (COUN) ....................................................... 145

Dance (DANCE) .......................................................... 150

Data Science (DATA_SCI) ................................................. 150

Segal Design Institute (DSGN) ............................................ 150

Earth and Planetary Sciences (EARTH) ..................................... 151

Economics (ECON) ....................................................... 153

Electrical Engineering (ELEC_ENG) ......................................... 157

Engineering Science & Applied Math (ES_APPM) ......................... 160

English (ENGLISH) ........................................................ 162

Environmental Policy & Culture (ENVR_POL) ............................... 165

Epidemiology & Biostatistics (EPI_BIO) ..................................... 165

Finance (FINC) ........................................................... 166

French (FRENCH) ......................................................... 166

Gender Studies (GNDR_ST) ............................................... 167

General Engineering (GEN_ENG) .......................................... 168

Genetic Counseling (GENET_CN) .......................................... 168

German (GERMAN) ...................................................... 168

Global Avant-garde and Modernist Studies (GAMS) ...................... 169

Global Health (GBL_HLTH) ............................................... 169

Greek (GREEK) .......................................................... 169

Health and Biomedical Informatics (HBMI) ................................. 169

Health Sciences Integrated Program (HSIP) ................................. 169

Health Services and Outcomes Research (HSR) ........................... 170

Healthcare Quality and Patient Safety (HQS) ............................... 171

Hebrew (HEBREW) ...................................................... 172

Hindi and Urdu (HIND_URD) ............................................. 172

History (HISTORY) ....................................................... 172

Human Development & Social Policy (HDSP) .............................. 174

Humanities (HUM) ....................................................... 175

Industrial Engineering & Management Sciences (IEMS) ............... 175

Initiative for Sustainability & Energy at NU (ISEN) ......................... 178

Integrated Life Sciences (IGP) ............................................ 178

Interdepartmental Biological Sciences Program (IBIS) ................. 179

Interdisciplinary Seminar (KPHD) ......................................... 180

Italian (ITALIAN) ......................................................... 180

Japanese (JAPANESE) ..................................................... 181

Korean (KOREAN) ....................................................... 181

Latin (LATIN) ............................................................ 181

Latin American & Caribbean Studies (LATIN_AM) ......................... 181

Latina and Latino Studies (LATINO) ....................................... 181

Learning Sciences (LRN_SCI) ............................................. 181

Legal Studies (LEGAL_ST) ................................................ 182

Linguistics (LING) ........................................................ 182

Management and Organizations (MORS) ................................... 184

Managerial Econ & Strategy (MECS) ...................................... 184

Marketing (MKTG) ....................................................... 185

Master of Science in Clinical Investigation (MSCI) ........................ 186

Materials Science & Engineering (MAT_SCI) ................................ 187

Mathematics (MATH) .................................................... 189

Mechanical Engineering (MECH_ENG) .................................... 194

Media, Technology & Society (MTS) ...................................... 198

Medical Humanities and Bioethics (MHB) ................................. 199

Medical Scientist Training (MSTP) ........................................ 199

Medieval Studies (MDVL_ST) ............................................. 199

Middle East and North African Studies (MENA) ........................... 199

MS in Family Therapy (MS_FT) ........................................... 200

Music (MUSIC) .......................................................... 201

Music Composition (MUS_COMP) ........................................ 201

Music Education (MUSIC_ED) ............................................ 202

Music Technology (MUS_TECH) .......................................... 202

Music Theory (MUS_THRY) .............................................. 203

Musicology (MUSICOL) .................................................. 203

Neurobiology & Physiology (NEUROBIO) ................................. 205

Neuroscience (NEUROSCI) ............................................... 205

Neuroscience (NUIN) .................................................... 205

Operations Management (OPNS) ......................................... 206

Performance Studies (PERF_ST) .......................................... 207

Persian (PERSIAN) ....................................................... 208

Philosophy (PHIL) ....................................................... 208

Physics (PHYSICS) ....................................................... 210

Plant Biology & Conservation (PBC) ...................................... 212

Political Science (POLI_SCI) .............................................. 213

Portuguese (PORT) ...................................................... 216

Predictive Science and Engineering (PSED) ................................ 216

Psychology (PSYCH) ..................................................... 216

Public Health (PUB_HLTH) ............................................... 219

Quantitative & Systems Biology (QSB) .................................... 223

Radio/Television/Film (RTVF) ........................................................ 224

Religion (RELIGION) ..................................................................... 226

Reproductive Science and Medicine (REPR_SCI) ........................... 227

Slavic Languages & Literature (SLAVIC) ....................................... 228

Sociology (SOCIOL) ..................................................................... 229

Spanish (SPANISH) ...................................................................... 230

Spanish and Portuguese (SPANPORT) .......................................... 231

Statistics (STAT) .......................................................................... 232

Swahili (SWAHILI) ....................................................................... 234

TGS General Registrations (TGS) ................................................. 234

Theatre & Drama (TH&DRAMA) .................................................... 235

Theatre (THEATRE) ..................................................................... 235

Turkish (TURKISH) ....................................................................... 237

Index ........................................................................................... 238

# THE GRADUATE SCHOOL

The Graduate School enhances Northwestern University's academic excellence and reputation by providing centralized support to current and prospective graduate students, postdoctoral trainees, graduate faculty, staff, administrators, and alumni. We promote a transformative educational experience for all graduate students and postdoctoral trainees at Northwestern University.

Our mission is to create and communicate an intentional and adaptable educational infrastructure for a diverse population of graduate students and postdoctoral trainees in an accessible and equitable environment. We advocate for excellent graduate and advanced educational opportunities; cultivate a healthy, diverse, and engaged community; and connect graduate students and postdoctoral trainees with supportive communities and global opportunities.

For more information on our academic programs and services, visit The Graduate School website (https://www.tgs.northwestern.edu).

14  *Master's Degree Requirements*

- During a leave of absence, students are not permitted to enroll at the University and will not be considered active students.
- Students on a leave of absence are not to fulfill any degree requirements during the time on leave. If a student plans to be away from the University to work on a thesis, dissertation, or other degree requirements, this would not constitute a leave of absence and would require enrollment.
- International students who apply for a leave of absence must consult with the Office of International Student and Scholar Services. (https://www.northwestern.edu/international) International students taking a leave of absence for medical reasons (and with documentation from a healthcare provider) will need to receive approval from  the Office of International Student and Scholar Services (https://www.northwestern.edu/international) and may be eligible to remain in the country for a period of time while on leave. International students taking a leave for non-medical reasons may have their status terminated and may need to depart the U.S.
- Students on an approved leave of absence are not eligible for federal financial aid, including Federal Direct Loans. In some cases, student loans may not be deferred for the entirety of a leave. Students should contact Graduate Financial Aid (https://www.northwestern.edu/evanston-graduate-financial-aid) for additional information.
- Approved leaves of absence automatically extend milestone deadlines by the length of the leave. This includes the qualifying exam deadline and prospectus deadline for PhD students, and the degree deadline for Master's and PhD students. Leaves of absence do not extend deadlines that have passed as of the date the leave goes into effect, nor exempt students from meeting TGS degree requirements.
- A student on a leave of absence has limited access to University facilities normally available to enrolled students, including:
  - NetID: The NetID will be deactivated after a period of time following the start of the leave of absence, following the NUIT NetID Expiration schedule (https://www.it.northwestern.edu/netid/expiration.html).
  - Library: Students on a leave of absence may obtain a Borrower's Card (https://www.library.northwestern.edu/visit/visitor-privileges/reciprocal-university/northwestern-borrowers.html) to access the University Library if needed and approved.
  - Health Insurance: Students who are on an approved leave of absence are permitted to remain enrolled in NU-SHIP for the year in which they start on a leave and elect to re-enroll for one subsequent year. Students may apply for coverage in the fall quarter through the Health Insurance Office (https://www.northwestern.edu/student-insurance/forms-resources/nu-ship-forms). Students who elect to re-enroll for a subsequent year are not eligible for the health insurance subsidy.
  - University Housing: Students taking a leave of absence who reside in University Housing must contact the Graduate Housing Office (https://www.northwestern.edu/living) as soon as possible to determine what options are available during the leave of absence.
- Students on leave of absence must request return in advance of the quarter in which they wish to return.  Instructions and the timeline for requesting a return from leave are detailed below.
- Students who fail to petition to return after a leave of absence will be withdrawn (discontinued) from The Graduate School and need to apply for readmission (p. 19) in order to return.

# Medical Leave of Absence

A student who must temporarily interrupt their progress toward degree due to a physical or mental health need must petition for a medical leave of absence. Medical leaves of absence are initiated through the Dean of Students Office (https://www.northwestern.edu/studentaffairs/dos/programs-services/medical-leave-of-absence). The process for a student to request a medical leave of absence is outlined on the Dean of Students, Medical Leave of Absence website (https://www.northwestern.edu/studentaffairs/dos/programs-services/medical-leave-of-absence).

# Family Leave of Absence

A student who must temporarily interrupt progress toward degree to extend absence post-childbirth (https://www.tgs.northwestern.edu/about/policies/childbirth-accomodation.html), care for a newborn, adopt a child, or care for a family member should petition for a family leave. Family leaves of absence must be approved by the student's program of study and The Graduate School. International students on a visa must also have their leave approved by the Office of International Student and Scholar Services (https://www.northwestern.edu/international). The process to petition for a family leave of absence is as follows:

- Student must submit the "Petition for Absence" form via TGS Forms in GSTS (https://gsts.northwestern.edu). The program's DGS (or DGS designate) will review the form, after which The Graduate School will review.
- The Graduate School will notify the student (and the program) of the approval status.
- The student must petition for reinstatement by contacting TGS student services (gradservices@northwestern.edu) via email at least 6 weeks before the start of the quarter in which they plan to return.

# General Leave of Absence

A student who wishes to temporarily interrupt their progress toward degree for a non-medical/non-family care reason may petition for a general leave of absence. General leaves of absence must be approved by the student's program of study and The Graduate School. International students on a visa must also have their leave approved by the Office of International Student and Scholar Services (https://www.northwestern.edu/international). The process to petition for a general leave of absence is as follows:

- Student must submit the "Petition for Absence" form via TGS Forms in GSTS (https://gsts.northwestern.edu). The program's Director of Graduate Studies (DGS) or DGS designate will review the form, after which The Graduate School will review.
- The Graduate School will notify the student (and the program) of the approval status.
- The student must petition for reinstatement by contacting TGS student services (gradservices@northwestern.edu) via email at least 6 weeks before the start of the quarter in which they plan to return.

# Master's Degree Requirements

The Graduate School at Northwestern University offers the degrees of:

- Master of Arts (MA)
- Master of Science (MS)

*09/30/19*

- Master of Public Health (MPH)
- Master of Fine Arts (MFA)

All Northwestern University graduate students must fulfill a set of requirements regarding:

- Approved coursework (p. 10)
- Grades (p. 10)
- Filing for graduation (p. 15)

Each student's program of study for a master's degree must be approved by the student's academic program. Each student enrolled in a master's program must have a committee and an adviser who advise on plan of study, degree requirements, and thesis and/or final exam, if required. The adviser and at least two of the master's committee members must be members of the Northwestern University Graduate Faculty. In addition to requirements directly related to awarding of a degree, all students are required to maintain satisfactory academic progress and standards of academic integrity (p. 7).

Registration and changes of academic program regulations apply to all students across degree programs and disciplines. These policies are subject to change without notice.

# Master's Courses

To be eligible for a master's degree, a student must successfully complete at least nine quality letter-graded courses (ABC, not P/NP or S/U) authorized for graduate credit (p. 10).

Credit earned at an undergraduate institution or at another graduate school or a professional school may, with program approval, be applied toward the program's coursework requirements, but not toward The Graduate School's minimum coursework requirement. Specific course requirements for the master's degree are listed on each program's website.

No more than one-third of the total units presented for the master's degree may be 499 Independent Study.

Combined bachelor's/master's (accelerated master's) students are permitted to count a maximum of three courses authorized for graduate credit toward both the undergraduate and graduate degrees. Certain programs may have more strict requirements. Students should speak with both the undergraduate and graduate programs about the possibility of double counting up to three units of coursework.

# Master's Timeline

Students must complete all the requirements for the master's degree within five years of the date of their initial registration in The Graduate School, which falls on the last day of the 20th quarter. Students who do not complete their degree within five years will not be considered in good academic standing and will be placed on academic probation by The Graduate School. Individual programs may have stricter deadlines.

Combined bachelor's/master's (accelerated master's) degree students may complete the combined degree program concurrently (i.e., complete the degree requirements for the bachelor's and master's degrees at the same time) or may complete the undergraduate degree first and then complete the master's degree after having graduated from their undergraduate degree program. Students in the combined degree (accelerated master's) program may not receive the master's degree ahead of the bachelor's degree.

# Master's Degree Completion
## Final Examination and Graduation Requirements

A minimum of two individuals must serve on the master's committee to confirm that all requirements for degree awarding have been met. At least two members of the committee, including the chair, must be members of the Northwestern University Graduate Faculty. In order to receive the master's degree, the student must:

- Complete all required coursework and requirements for the degree.
- Complete an Application for a Degree form via TGS Forms in GSTS (https://gsts.northwestern.edu) and receive program approval of the form by the date specified in the Academic Calendar (https://www.registrar.northwestern.edu/calendars). (Note: Students who are petitioning for a master's on the way to the PhD in their PhD field of study must **first** submit the *"Request for Master's in Primary Field of PhD Study"* form via GSTS (https://gsts.northwestern.edu). Only after the *"Request for Master's in Primary Field of PhD Study"* is approved by The Graduate School may the student submit the Application for Degree and Master's Degree Completion forms.)
- Complete the Master's Degree Completion form via TGS Forms in GSTS (https://gsts.northwestern.edu) and receive program approval of the form by the date specified in the Academic Calendar (https://www.registrar.northwestern.edu/calendars).
- Have at least a 3.0 cumulative GPA and no X, Y, or NR grades on the transcript. All grades must be entered and Change of Grade forms submitted by the grade deadline specified in the Academic Calendar (https://www.registrar.northwestern.edu/calendars).
- If required by the program, engage in a culminating academic experience, such as a thesis or oral presentation, or pass a final exam as a part of the program of study for a master's degree. Programs will determine the nature of this culminating experience requirement, with the approval of The Graduate School, and the corresponding number of units of credit, if any. The Graduate School does not collect master's theses or documentation of the academic culminating experience.

# Parental Accommodation

The parental accommodation policy aims to support active graduate students of all gender identities and gender expressions in The Graduate School who become new parents (whether by childbirth or adoption) by providing:

- a period of parental accommodation, roughly equivalent to the length of a quarter (12 weeks), during which funding may continue for funded students and
- TGS milestone deadlines will be extended by one year (for all parents, funded or unfunded)

This policy is separate from any student absences that are medically necessary due to pregnancy or childbirth – such absences are accommodated through the medical leave of absence process (https://www.northwestern.edu/studentaffairs/dos/programs-services/medical-leave-of-absence).

# Eligibility

The Graduate Student Parental Accommodation applies to active students of all gender identities and gender expressions in The Graduate