# EXHIBIT 6

Case: 1:20-cv-04798 Document #: 29-6 Filed: 02/05/21 Page 2 of 9 PageID #:341

# Northwestern

# The Graduate School Catalog
# 2020–21

# TABLE OF CONTENTS

The Graduate School ................................................................. 6

Academic Policies and Procedures ........................................ 7

    Academic Calendar ............................................................ 7

    Academic Integrity ............................................................. 7

    Ad Hoc Combined Degrees ................................................ 8

    Certificate Requirements .................................................... 9

    Change in Degree Sought ................................................. 10

    Diversity Statement .......................................................... 10

    General Registration Policies ............................................ 10

    Graduation and Diploma Mailing ...................................... 13

    Leaves of Absence ........................................................... 14

    Master's Degree Requirements ........................................ 15

    Parental Accommodation ................................................. 16

    Patent and Invention Policy ............................................. 17

    PhD Degree Requirements ............................................... 17

    Program Transfer ............................................................. 19

    Readmission .................................................................... 19

    Satisfactory Academic Progress ....................................... 19

    Student Funding Policies .................................................. 22

    Student Handbook and Code of Conduct ......................... 23

    Teaching ......................................................................... 23

    Withdrawal ...................................................................... 23

Programs A-Z ....................................................................... 24

    Accounting Information and Management ...................... 27

      Accounting Information and Management PhD ...................... 27

    Acting ............................................................................. 27

      Acting MFA .................................................................. 28

    African American Studies ................................................. 28

      African American Studies PhD ................................... 29

    Anthropology .................................................................. 29

      Anthropology PhD ....................................................... 30

    Applied Physics ............................................................... 30

      Applied Physics PhD .................................................... 31

    Art History ...................................................................... 31

      Art History PhD ........................................................... 32

    Art Theory and Practice ................................................... 33

      Art Theory and Practice MFA ...................................... 33

    Astronomy ...................................................................... 33

      Astronomy PhD ........................................................... 34

    Biomedical Engineering ................................................... 34

      Biomedical Engineering BS/MS ................................... 34

      Biomedical Engineering MS ........................................ 35

      Biomedical Engineering PhD ....................................... 35

Biostatistics ......................................................................... 37

    Biostatistics MS ............................................................... 37

Chemical and Biological Engineering ................................... 38

    Chemical and Biological Engineering BS/MS .......................... 39

    Chemical and Biological Engineering MS ................................. 39

    Chemical and Biological Engineering PhD ............................... 40

Chemistry ............................................................................ 40

    Chemistry BA/MS ............................................................ 40

    Chemistry PhD ................................................................ 40

Civil and Environmental Engineering ................................... 41

    Civil and Environmental Engineering BS/MS .......................... 41

    Civil and Environmental Engineering MS ................................. 41

    Civil and Environmental Engineering PhD ............................... 42

Clinical Investigation .......................................................... 42

    Clinical Investigation MS .................................................. 42

Clinical Psychology .............................................................. 43

    Clinical Psychology MA .................................................... 43

    Clinical Psychology PhD ................................................... 44

Communication Sciences and Disorders ........................................ 44

    Communication Sciences and Disorders PhD .......................... 44

Communication Sciences and Disorders and Audiology ................ 45

    Communication Sciences and Disorders and Audiology PhD/AuD
................................................................................................ 45

Communication Studies ....................................................... 46

    Communication Studies PhD ............................................ 47

Comparative Literary Studies ............................................... 47

    Comparative Literary Studies BA/MA ...................................... 47

    Comparative Literary Studies PhD ........................................... 47

Computer Engineering ......................................................... 48

    Computer Engineering BS/MS .......................................... 48

    Computer Engineering MS ............................................... 48

    Computer Engineering PhD .............................................. 50

Computer Science ................................................................ 51

    Computer Science Bachelor's/MS ..................................... 52

    Computer Science MS ..................................................... 52

    Computer Science PhD .................................................... 53

Computer Science and Learning Sciences ............................ 53

    Computer Science and Learning Sciences PhD ...................... 53

Counseling ........................................................................... 54

Counseling MA .......................................................... 55

Litowitz Creative Writing Graduate Program ..................................... 56

    Litowitz Creative Writing Graduate Program MFA + MA .......... 57

Directing ................................................................. 57

    Directing MFA ..................................................... 57

Documentary Media ...................................................... 58

    Documentary Media MFA .......................................... 58

Driskill Graduate Training Program in Life Sciences ........................ 59

    Driskill Graduate Training Program in Life Sciences PhD ........ 59

Earth and Planetary Sciences ............................................ 60

    Earth and Planetary Sciences PhD ............................... 60

Economics ............................................................... 60

    Economics BA/MA ................................................ 60

    Economics Masters ............................................... 61

    Economics PhD .................................................. 62

Electrical Engineering .................................................... 62

    Electrical Engineering BS/MS .................................... 62

    Electrical Engineering MS ....................................... 62

    Electrical Engineering PhD ...................................... 63

Engineering Design Innovation ........................................... 64

    Engineering Design Innovation BS/MS ............................ 65

    Engineering Design Innovation MS ............................... 65

Engineering Sciences and Applied Mathematics ........................... 65

    Engineering Sciences and Applied Mathematics BS/MS ......... 65

    Engineering Sciences and Applied Mathematics MS .............. 66

    Engineering Sciences and Applied Mathematics PhD ............. 66

English .................................................................. 66

    English MA ....................................................... 67

    English PhD ...................................................... 67

Finance ................................................................. 67

    Finance PhD ..................................................... 67

Financial Economics .................................................... 68

    Financial Economics PhD ........................................ 69

French and Francophone Studies ........................................ 69

    French BA/MA ................................................... 69

    French PhD ...................................................... 69

Genetic Counseling ..................................................... 70

    Genetic Counseling MS .......................................... 70

German Literature and Critical Thought .................................. 71

    German Literature and Critical Thought PhD ..................... 71

Health and Biomedical Informatics ...................................... 72

    Health and Biomedical Informatics MS ........................... 72

Health Sciences Integrated Program ..................................... 72

    Health Sciences Integrated Program PhD ......................... 72

Health Services and Outcomes Research ................................. 74

    Health Services and Outcomes Research MS ...................... 75

Healthcare Quality and Patient Safety ................................... 75

    Healthcare Quality and Patient Safety MS ........................ 76

    Healthcare Quality and Patient Safety MS/MD .................... 76

History .................................................................. 76

    History PhD ...................................................... 76

Human Development and Social Policy ................................... 77

    Human Development and Social Policy Program PhD .............. 77

Industrial Engineering and Management Sciences ........................ 78

    Industrial Engineering and Management Sciences PhD .......... 78

Interdisciplinary Biological Sciences Program ............................ 79

    Interdisciplinary Biological Sciences Program PhD ................ 79

JD/PhD Combined Degree Program ..................................... 80

    JD/PhD Combined Degree ....................................... 80

Learning Sciences ...................................................... 80

    Learning Sciences MA ........................................... 81

    Learning Sciences PhD .......................................... 81

Life Sciences and Clinical Investigation Dual Degree ..................... 81

    Life Sciences and Clinical Investigation Dual Degree MS/PhD
    ...................................................................... 82

Life Sciences and Public Health Dual Degree ............................. 82

    Life Sciences and Public Health Dual Degree PhD/MPH .......... 82

Linguistics .............................................................. 83

    Linguistics BA/MA .............................................. 84

    Linguistics PhD ................................................. 84

Management and Organizations ......................................... 84

    Management and Organizations PhD ............................. 85

Management and Organizations and Sociology ........................... 85

    Management and Organizations and Sociology PhD .............. 85

Managerial Economics and Strategy ..................................... 86

    Managerial Economics and Strategy PhD ........................ 86

Marketing ............................................................... 87

    Marketing PhD .................................................. 87

Marriage and Family Therapy ........................................... 88

    Marriage and Family Therapy MS ............................... 88

Materials Science and Engineering ...................................... 89

    Materials Science and Engineering BS/MS ........................ 89

    Materials Science and Engineering MS ........................... 89

    Materials Science and Engineering PhD .......................... 89

Mathematics ............................................................................. 90

    Mathematics PhD ................................................................ 90

Mechanical Engineering ........................................................ 90

    Mechanical Engineering BS/MS ...................................... 90

    Mechanical Engineering MS ............................................. 91

    Mechanical Engineering PhD ........................................... 91

Media, Technology and Society ........................................... 91

    Media, Technology and Society PhD ............................. 91

Medical Anthropology ........................................................... 92

    Medical Anthropology PhD/MPH .................................. 92

Medical Humanities and Bioethics ..................................... 93

    Medical Humanities and Bioethics MA ........................ 93

Medical Scientist Training Program ................................... 93

    Medical Scientist Training Program MD/PhD ............ 93

Medicine and Public Health ................................................. 94

    Medicine and Public Health MD/MPH ........................ 94

Music ....................................................................................... 94

    Music PhD ........................................................................... 95

Neurobiology ......................................................................... 95

    Neurobiology MS .............................................................. 95

Northwestern University Interdepartmental Neuroscience Program (NUIN) .............................................................. 96

    Interdepartmental Neuroscience Program (NUIN) PhD ........... 96

Operations Management ...................................................... 97

    Operations Management PhD ......................................... 97

Performance Studies ............................................................. 97

    Performance Studies MA ................................................. 98

    Performance Studies PhD ................................................ 98

Philosophy .............................................................................. 98

    Philosophy PhD ................................................................. 98

Physical Therapy and Engineering ..................................... 99

    Physical Therapy and Engineering PhD/DPT .............. 99

Physical Therapy and Public Health ................................. 100

    Physical Therapy and Public Health DPT/MPH ...... 100

Physics .................................................................................. 101

    Physics MS ....................................................................... 101

    Physics PhD ..................................................................... 102

Plant Biology and Conservation ...................................... 102

    Plant Biology and Conservation Bachelor's/MS ...... 103

    Plant Biology and Conservation MS ........................... 103

    Plant Biology and Conservation PhD ......................... 103

Political Science .................................................................. 104

Political Science PhD ........................................................... 104

Psychology ........................................................................... 104

    Psychology PhD .............................................................. 105

Public Health ........................................................................ 105

    Accelerated Public Health Program (Bachelor's/MPH) .......... 105

    Public Health MPH ......................................................... 105

Quantitative and Systems Biology .................................. 107

    Quantitative and Systems Biology MS ...................... 107

Religious Studies ................................................................ 108

    Religious Studies PhD ................................................... 108

Reproductive Science and Medicine ............................... 109

    Reproductive Science and Medicine MS .................. 109

Screen Cultures .................................................................. 110

    Screen Cultures PhD ..................................................... 110

Slavic Languages and Literatures ................................... 110

    Slavic Languages and Literatures PhD ...................... 111

Sociology .............................................................................. 111

    Sociology PhD ................................................................. 111

Spanish and Portuguese ................................................... 112

    Spanish and Portuguese PhD ...................................... 112

Stage Design ....................................................................... 113

    Stage Design MFA .......................................................... 113

Statistics .............................................................................. 114

    Statistics MS .................................................................... 114

    Statistics PhD .................................................................. 115

Technology and Social Behavior ..................................... 115

    Technology and Social Behavior PhD ....................... 115

Theatre & Drama ................................................................ 117

    Theatre & Drama PhD ................................................... 117

Theoretical and Applied Mechanics ............................... 117

    Theoretical and Applied Mechanics BS/MS ............. 118

    Theoretical and Applied Mechanics MS ................... 118

    Theoretical and Applied Mechanics PhD ................. 118

Writing for the Screen and Stage .................................... 118

    Writing for the Screen and Stage MFA ..................... 118

Courses A-Z ......................................................................... 120

Accounting and Information Systems (ACCT) .............. 121

African American Studies (AF_AM_ST) ......................... 121

African Studies (AFST) ...................................................... 122

Anthropology (ANTHRO) ................................................. 122

Applied Physics (APP_PHYS) .......................................... 125

Arabic (ARABIC) ................................................................. 125

Art History (ART_HIST) ....................................... 125

Art Theory & Practice (ART) ................................ 127

Asian Languages and Cultures (ASIAN_LC) ................................ 127

Astronomy (ASTRON) ....................................... 128

Biological Sciences (BIOL_SCI) ....................................... 128

Biomedical Engineering (BMD_ENG) ........................... 129

Biostatistics (BIOSTAT) ....................................... 131

Career Development (CRDV) ....................................... 132

Chemical Engineering (CHEM_ENG) ........................... 133

Chemistry (CHEM) ....................................... 135

Chicago Field Studies (CFS) ....................................... 137

Chicago Metropolitan Exchange Program (CME) ........................ 137

Chinese (CHINESE) ....................................... 137

CIC Traveling Scholar (CIC) ....................................... 137

Civil and Environmental Engineering (CIV_ENV) ........................ 137

Classics - Readings in English (CLASSICS) ................................ 142

Clinical Psychology (CLIN_PSY) ....................................... 143

Cognitive Science (COG_SCI) ....................................... 146

Communication Sciences and Disorders (CSD) ........................... 146

Communication Studies (COMM_ST) ................................... 147

Comparative & Historical Social Science (CHSS) ........................ 149

Comparative Literary Studies (COMP_LIT) ................................ 149

Comparative Race and Diaspora (CRD) ................................... 150

Computer Engineering (COMP_ENG) ................................... 150

Computer Science (COMP_SCI) ....................................... 152

Counseling (COUN) ....................................... 155

Dance (DANCE) ....................................... 159

Data Science (DATA_SCI) ....................................... 159

Segal Design Institute (DSGN) ....................................... 160

Earth and Planetary Sciences (EARTH) ........................... 161

Economics (ECON) ....................................... 162

Electrical Engineering (ELEC_ENG) ................................ 167

Engineering Science & Applied Math (ES_APPM) ........................ 170

English (ENGLISH) ....................................... 172

Environmental Policy & Culture (ENVR_POL) ................................ 174

Epidemiology & Biostatistics (EPI_BIO) ........................... 174

Finance (FINC) ....................................... 174

French (FRENCH) ....................................... 175

Gender Studies (GNDR_ST) ....................................... 176

General Engineering (GEN_ENG) ................................... 176

Genetic Counseling (GENET_CN) ................................... 176

German (GERMAN) ....................................... 176

Global Avant-garde and Modernist Studies (GAMS) ..................... 177

Global Health (GBL_HLTH) ....................................... 177

Greek (GREEK) ....................................... 177

Health and Biomedical Informatics (HBMI) ................................ 177

Health Sciences Integrated Program (HSIP) ................................ 178

Health Services and Outcomes Research (HSR) ........................ 178

Healthcare Quality and Patient Safety (HQS) ........................... 179

Hebrew (HEBREW) ....................................... 180

Hindi and Urdu (HIND_URD) ....................................... 180

History (HISTORY) ....................................... 180

Human Development & Social Policy (HDSP) ................................ 182

Humanities (HUM) ....................................... 183

Industrial Engineering & Management Sciences (IEMS) .............. 183

Initiative for Sustainability & Energy at NU (ISEN) ........................ 186

Integrated Life Sciences (IGP) ....................................... 186

Interdepartmental Biological Sciences Program (IBIS) ................ 188

Interdisciplinary Seminar (KPHD) ................................... 189

Italian (ITALIAN) ....................................... 189

Japanese (JAPANESE) ....................................... 189

Korean (KOREAN) ....................................... 189

Latin (LATIN) ....................................... 189

Latin American & Caribbean Studies (LATIN_AM) ........................ 189

Latina and Latino Studies (LATINO) ................................... 189

Learning Sciences (LRN_SCI) ....................................... 189

Legal Studies (LEGAL_ST) ....................................... 190

Linguistics (LING) ....................................... 190

Management and Organizations (MORS) ................................... 192

Managerial Econ & Strategy (MECS) ................................... 193

Marketing (MKTG) ....................................... 194

Master of Science in Clinical Investigation (MSCI) ........................ 195

Materials Science & Engineering (MAT_SCI) ................................ 195

Mathematics (MATH) ....................................... 198

Mechanical Engineering (MECH_ENG) ........................... 203

Media, Technology & Society (MTS) ................................... 207

Medical Humanities and Bioethics (MHB) ........................... 207

Medical Scientist Training (MSTP) ................................... 208

Medieval Studies (MDVL_ST) ....................................... 208

Middle East and North African Studies (MENA) ........................... 208

MS in Family Therapy (MS_FT) ................................... 209

Music (MUSIC) ....................................... 210

Music Composition (MUS_COMP) ................................... 210

Music Education (MUSIC_ED) ....................................... 210

Music Technology (MUS_TECH) ..................................................... 211

Music Theory (MUS_THRY) ........................................................... 212

Musicology (MUSICOL) ................................................................ 212

Neurobiology & Physiology (NEUROBIO) ...................................... 214

Neuroscience (NEUROSCI) ........................................................... 214

Neuroscience (NUIN) ................................................................... 214

Operations Management (OPNS) ................................................... 215

Performance Studies (PERF_ST) ................................................... 215

Persian (PERSIAN) ...................................................................... 216

Philosophy (PHIL) ....................................................................... 216

Physics (PHYSICS) ...................................................................... 218

Plant Biology & Conservation (PBC) ............................................ 221

Political Science (POLI_SCI) ........................................................ 221

Portuguese (PORT) ..................................................................... 225

Predictive Science and Engineering (PSED) .................................. 225

Psychology (PSYCH) ................................................................... 225

Public Health (PUB_HLTH) .......................................................... 228

Quantitative & Systems Biology (QSB) ......................................... 232

Radio/Television/Film (RTVF) ...................................................... 232

Religion (RELIGION) .................................................................... 235

Reproductive Science and Medicine (REPR_SCI) .......................... 236

Russian (RUSSIAN) ..................................................................... 237

Slavic Languages & Literature (SLAVIC) ...................................... 237

Sociology (SOCIOL) .................................................................... 238

Spanish (SPANISH) ..................................................................... 239

Spanish and Portuguese (SPANPORT) ......................................... 240

Statistics (STAT) ......................................................................... 241

Swahili (SWAHILI) ...................................................................... 243

TGS General Registrations (TGS) ................................................. 243

Theatre & Drama (TH&DRAMA) ................................................... 243

Theatre (THEATRE) ..................................................................... 244

Turkish (TURKISH) ...................................................................... 247

Index ........................................................................................ 248

# THE GRADUATE SCHOOL

The Graduate School enhances Northwestern University's academic excellence and reputation by providing centralized support to current and prospective graduate students, postdoctoral trainees, graduate faculty, staff, administrators, and alumni. We promote a transformative educational experience for all graduate students and postdoctoral trainees at Northwestern University. Our mission is to create and communicate an intentional and adaptable educational infrastructure for a diverse population of graduate students and postdoctoral trainees in an accessible and equitable environment.

For more information on our academic programs and services, visit The Graduate School website (https://www.tgs.northwestern.edu/).

the fall quarter through the Health Insurance Office (https://www.northwestern.edu/student-insurance/forms-resources/nu-ship-forms/). Students who elect to re-enroll for a subsequent year are not eligible for the health insurance subsidy.

- University Housing: Students taking a leave of absence who reside in University Housing must contact the Graduate Housing Office (https://www.northwestern.edu/living/housing-options/graduate-housing/) as soon as possible to determine what options are available during the leave of absence.

- Students on a leave of absence must request return in advance of the quarter in which they wish to return. Instructions and the timeline for requesting a return from leave are detailed below. In certain exceptional cases, students may petition (https://www.tgs.northwestern.edu/documents/academic-policies-procedures/generalpetition.pdf) to extend the leave period with approval from the student's program (Director of Graduate Studies or DGS designate) and The Graduate School. Students who fail to petition to return or petition for an extension by the originally-approved leave of absence end date will be withdrawn (discontinued) from The Graduate School and need to apply for readmission (p. 19) in order to return.

## Medical Leave of Absence

A student who must temporarily interrupt their progress toward degree due to a physical or mental health need must petition for a medical leave of absence. Medical leaves of absence are initiated through the Dean of Students Office (https://www.northwestern.edu/studentaffairs/dos/programs-services/medical-leave-of-absence/). The process for a student to request a medical leave of absence is outlined on the Dean of Students, Medical Leave of Absence website (https://www.northwestern.edu/studentaffairs/dos/programs-services/medical-leave-of-absence/). Funded PhD or MFA students who are approved for a medical leave should inquire with TGS Student Funding about the possibility of continued funding during the leave period

## Family Leave of Absence

A student who must temporarily interrupt progress toward degree to care for a child or other family member, or to extend absence following a parental accommodation may petition for a family leave of absence. Family leaves of absence must be approved by the student's program of study and The Graduate School. International students on a visa must first consult with the Office of International Student and Scholar Services (https://www.northwestern.edu/international/). The process to petition for a family leave of absence is as follows:

- Student must submit the "Petition for Absence" form via TGS Forms in GSTS (https://gsts.northwestern.edu). The program's Director of Graduate Studies (DGS ) or DGS designate will review the form, after which The Graduate School will review.
- The Graduate School will notify the student (and the program) of the approval status.
- The student must petition for reinstatement by contacting TGS student services via email at least 6 weeks before the start of the quarter in which they plan to return.

## Parental Accommodation Leave

A student who experiences the birth or adoption of a child for whom they have parental responsibilities may petition for a Parental Accommodation. Additional information and the process for requesting a parental accommodation is outlined in the Parental Accommodation section (p. 16).

## General Leave of Absence

A student who wishes to temporarily interrupt their progress toward degree for a non-medical/non-family care reason may petition for a general leave of absence. General leaves of absence must be approved by the student's program of study and The Graduate School. International students on a visa must also have their leave approved by the Office of International Student and Scholar Services (https://www.northwestern.edu/international/). The process to petition for a general leave of absence is as follows:

- Student must submit the "Petition for Absence" form via TGS Forms in GSTS (https://gsts.northwestern.edu). The program's Director of Graduate Studies (DGS) or DGS designate will review the form, after which The Graduate School will review.
- The Graduate School will notify the student (and the program) of the approval status.
- The student must petition for reinstatement by contacting TGS student services via email at least 6 weeks before the start of the quarter in which they plan to return.

# Master's Degree Requirements

The Graduate School at Northwestern University offers the degrees of:

- Master of Arts (MA)
- Master of Science (MS)
- Master of Public Health (MPH)
- Master of Fine Arts (MFA)

All Northwestern University graduate students must fulfill a set of requirements regarding:

- M (p. 10)aster's Coursework (p. 15)
- Master's timeline (p. 16)
- Grades (p. 13)
- Master's degree completion (p. 16)

Each student's program of study for a master's degree must be approved by the student's academic program. Each student enrolled in a master's program must have a committee and an adviser who advise on plan of study, degree requirements, and thesis and/or final exam, if required. The adviser and at least two of the master's committee members must be members of the Northwestern University Graduate Faculty. In addition to requirements directly related to awarding of a degree, all students are required to maintain satisfactory academic progress and standards of academic integrity (p. 7).

Registration and changes of academic program regulations apply to all students across degree programs and disciplines. These policies are subject to change without notice.

## Master's Courses

To be eligible for a master's degree, a student must successfully complete at least nine quality letter-graded courses (ABC, not P/NP or S/U) authorized for graduate credit (p. 10).

Credit earned at an undergraduate institution or at another graduate school or a professional school may, with program approval, be applied