# EXHIBIT 8





