**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NATHANIEL POLLEY, NANCY QUIROZ, SURYA VEERAVALLI, and DANIEL GREENWALD, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>NORTHWESTERN UNIVERSITY,<br><br>        Defendant. | Civil Action No. 1:20-cv-04798<br>Honorable Judge Harry D. Leinenweber |

**DECLARATION OF SVETLANA KORZENIOWSKI IN SUPPORT OF DEFENDANT**
**NORTHWESTERN UNIVERSITY'S MOTION TO DISMISS THE COMPLAINT**

I, Svetlana Korzeniowski, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.     I am an Academic Coordinator for the Master of Science in Biotechnology program at Northwestern University's McCormick School of Engineering. I submit this declaration in support of Northwestern's Motion to Dismiss the Complaint. I am familiar with the facts and circumstances set forth herein based upon personal knowledge and/or a review of my files in connection with this matter.

2.     Attached hereto as **Exhibit 1** is a true and correct copy of the letter offering plaintiff Nathaniel Polley admission to the Master of Science in Biotechnology Program at Northwestern University.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 4, 2021           /s/ Svetlana Korzeniowski_____
                                        Svetlana Korzeniowski