# EXHIBIT 1



## Master of Biotechnology

Master of Biotechnology Program
Northwestern University
Technological Institute, E136
2145 Sheridan Road
Evanston, IL 60208-3120
847 - 491 - 7399

Dear Nathaniel,

Congratulations! We are delighted to inform you that your application to the Master of Biotechnology Program (MBP) at Northwestern University for the fall of 2018 has been accepted. We look forward to having you join the MBP community! We are also pleased to be able to offer you a scholarship of $15,000 towards your tuition!

The 2017-2018 academic year tuition is $15,355 per quarter. We expect an increase of approximately 4% for the 2018-2019 academic year. Should you choose to pursue an optional paid industrial internship, it will increase the duration of the program by 1-2 quarters, but it will not increase tuition costs. In addition to the paid internship opportunity, you will receive a travel grant of 1,000 to be used for conferences or professional development trips and an additional grant of 1,000 should you be chosen to present your own research at a conference. Based on the 2017 numbers, we estimate that you will need the following funds in addition to tuition while studying in the MBP. (Actual numbers will vary based on individual standards of living, location of residence, and other personal choices.)

| | |
|---|---|
| $24,000 | Room and Board for Five Quarters |
| $3,799 | NU Health Insurance (Annually) |
| $1,000 | Transportation |
| $2,000 | Books |

We are confident that you will be able to successfully complete the MBP, and we hope that you will accept this offer. Please do not hesitate to contact us should you have any questions.

Sincerely,

Igor Kourkine
Associate Director
i-kourkine@northwestern.edu

William M. Miller
Program Director
wmmiller@northwestern.edu

**Northwestern** | McCORMICK SCHOOL OF **ENGINEERING**

Master of Biotechnology

Master of Biotechnology Program
Northwestern University
Technological Institute, E136
2145 Sheridan Road
Evanston, IL 60208-3120
847 - 491 - 7399

The MBP is a highly competitive program that receives hundreds of applications each year. Due to the high volume of qualified candidates we receive, we would greatly appreciate timely notification of your decision; it will allow us to process other qualified applicants in the most expeditious way.

Please sign and return this form to mbp@northwestern.edu by January 15th, 2018 to communicate your intent. Should you choose to matriculate, a tuition deposit of $500 will be requested to secure your place in the cohort.

Yes, I _____accept the offer as outlined above.

No, I _____ do NOT accept the offer.

_____

SIGNATURE

_____

DATE