**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

NATHANIEL POLLEY, NANCY QUIROZ, SURYA VEERAVALLI, and DANIEL GREENWALD, on behalf of themselves and all others similarly situated,

     Plaintiffs,

  v.

NORTHWESTERN UNIVERSITY,

     Defendant.

Civil Action No. 1:20-cv-04798
Honorable Judge Harry D. Leinenweber

**DECLARATION OF MUDITA RASTOGI IN SUPPORT OF DEFENDANT
NORTHWESTERN UNIVERSITY'S MOTION TO DISMISS THE COMPLAINT**

I, Mudita Rastogi, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1. I am the Director for the Marriage and Family Therapy Program for the Family Institute at Northwestern University. I submit this declaration in support of Northwestern's Motion to Dismiss the Complaint. I am familiar with the facts and circumstances set forth herein based upon personal knowledge and/or a review of my files in connection with this matter.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the March 5, 2020 letter offering plaintiff Nancy Quiroz admission to the Master of Science in Marriage and Family Therapy Program at Northwestern University and the Family Institute.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an email from Douglas C. Breunlin, the former Program Director for the Master of Science in Marriage and Family

Therapy program, that was distributed via email to all incoming students in the Master of Science in Marriage and Family Therapy Program, including plaintiff Quiroz, on July 16, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 3, 2021                                    Mudita Rastogi