# EXHIBIT 1



March 5, 2020

Dear Nancy Quiroz,

Congratulations on your invitation to join the class of 2022 in the Master of Science in Marriage and Family Therapy Program at Northwestern University and the Family Institute! Your written application coupled with your performance in the group and individual interview convinced the Admissions Committee that you are a fantastic applicant who would bring much to the program and possess the potential to become an excellent marriage and family therapist.

By choosing Northwestern, you are selecting a University of unquestioned excellence. By choosing our accredited MSMFT Program, you are opting to become a 21st century therapist steeped in the science-practitioner tradition that utilizes a systemic, integrative perspective and trains students to conduct empirically informed therapy. You will take courses taught by a world–renowned faculty, receive extensive supervision and see clients in the Family Institute's own Bette D. Harris Family and Child Clinic. You will enroll with an elite group of students whose talents and diverse backgrounds are unsurpassed in any other MFT graduate program.

As mentioned in my conversation with you, all accepted applicants must complete an online background check. The information provided does not necessarily preclude admissions. Determinations are considered on a case-by-case basis. To complete your background check, follow this link https://www.ejobapp-validityscreening.com/p/finu02105. Please complete the background check as soon as possible. For your convenience a copy of the instructions has been attached to this notice. You will receive an email confirmation that we ask to be forwarded to Yadira Wardlow. Once the background check results are received you will be admitted into the program. This process may take a several days. Yadira Wardlow will notify you of your next steps.

In the event an adverse decision is rendered, prior to withdrawing our offer, the Institute will provide the student with a copy of the consumer report and a written description of his or her rights under the Federal Fair Credit Reporting Act.

Our positive conversations and emails give me every indication that we can count you among this talented incoming class. But we know that sometimes things change; therefore, we ask that you provide your decision to us no later than **March 12, 2020.**

Once again, congratulations and we look forward to seeing you in the Fall.

Sincerely,

Douglas C. Breunlin, MSSA, LMFT, LCSW

Director, Master of Science in Marriage and Family Therapy
Clinical Professor, Department of Psychology, Northwestern University
McCormick Tribune Foundation Chair in Family Therapy
Center for Applied Psychological and Family Studies
The Family Institute at Northwestern University

Northwestern
The Center for Applied
Psychological and Family Studies



RESEARCHERS | EDUCATORS | THERAPISTS | YOU

PARTNER TO SEE CHANGE

Northwestern

The Center for Applied
Psychological and Family Studies