# EXHIBIT 2

**From:** Yadira Wardlow <ywardlow@family-institute.org>
**Sent:** Thursday, July 16, 2020 1:50 PM
**To:**



**Cc:** Douglas Breunlin; Kristen Catuara; Yadira Wardlow
**Subject:** NU-MSMFT

**Importance:** High

**Follow Up Flag:** Flag for follow up
**Flag Status:** Flagged





July 16, 2020

Dear Class of 2022 —

Each of you have had to confront new types of uncertainty and difficulty these past few months. We are impressed and grateful for how, as individuals and as a community, all have risen to the challenge.

Over the last few months, academic leaders, faculty, and staff in the MSMFT program and at Northwestern University have been hoping for the resumption of on-campus programs and operations. We have been planning for a range of scenarios for the Fall Quarter 2020, with flexibility to adjust as needed based on external conditions and trends in the pandemic. Our approach is informed by guidance from the university as well as federal, state, and city levels of

1

government. We are very much looking forward to returning to campus, but decided that, in the interest of safety, that Fall Quarter 2020 courses and experiences would be remote.

Our international students have also experience a week of profound uncertainty and distress We were beyond elated and relieved to see that the U.S. government withdrew the directive that U.S. Immigration and Customs Enforcement (ICE) announced on July 6, which would have prohibited international students in the U.S. from taking a fully online/remote course load during the Fall 2020 term while remaining in F-1 visa status. To say that we were moving whatever mountain was necessary to get and keep you here is an understatement, but the withdrawal of the ICE directive allows us to continue with our plan for an all on-line program this Fall.

Your most frequently asked question to us is :"Should I move to Chicago/Evanston this Fall?" For the upcoming fall quarter, we are leaving that decision up to you. All courses and meetings will take place via Zoom so it doesn't matter where you reside. Our zoom platform is excellent so you will receive the high quality programing that you would have if you were in person, except maybe in your pajamas, and in the comfort of your home. Courses will begin on Wednesday, September 16, 2020.

The program, normally completed with all in-person experiences, has temporarily been allowed by our accrediting body to provide virtual classes and virtual clinical training during the pandemic. However, The Center for Applied Psychological and Family Studites in which the MSMFT program resides requires students doing clinical training on a remote basis to reside in the United States. This means that international students must be in the United States when they begin to see clients. You would, therefore, need to be in the States no later than January 1st, 2021. We encourage you to relocate to Chicago/Evanston far in advance of that date. For international students who decide to stay in their home counties during the Fall term, please be aware that courses, meetings, clinical supervision all occur during U.S. Central Time business hours. If you decide not come to campus for the Fall quarter, please consider the personal impact of attending zoom sessions in your time zone.

We also know that Northwestern has moved the start of Fall Quarter up by one week, has cancelled "reading week" and has announced that campus will close after the Thanksgiving Holiday, and final exams and projects would be submitted remotely by December 4th. Winter Quarter 2021 is slated to begin on Tuesday, January 5th. We hope that by that time we will be conducting all program activities in person, but we are prepared to continue with remote classes and remote clinical training if need be or establish a hybrid of in-person/on-line experiences that best suit your needs while keeping you safe.

**ORIENTATION:** Within the next few weeks, you will receive more information regarding what orientation to the program and to The Graduate School at Northwestern will look like. There are a number of online events the weeks preceding the first day of classes. We will send out the full schedule in the coming weeks that will give you all the details. Everything will be online.

**MATRICULATION:** You have indicated your intention to enroll in the Program this fall, we are delighted that you are going to be part of the Program. But we all know that the best laid plans sometimes have to be altered, especially in the time of COVID-19. Historically, one and sometimes two students withdraw before the beginning of the Program. While I am keeping my fingers crossed that you will not be in this position, it is important for me to let you know how such an event can be best handled from the Program's perspective. If for any reason you are concerned that you may not be joining us in the fall, it is vital that you contact me immediately so we can discuss your plans. Please email giving me an update on your intention to enroll no later than **Wednesday, July 22nd.**

**EMBRACING YOUR CAREER CHOICE:** You have demonstrated to us of your passion for practicing relational therapy. This is a labor of love. One sacrifice marriage and family therapists make, is scheduling sessions when families and couples can all attend. When you begin seeing clients in the winter quarter, you can expect to schedule clients when it is best for the client, this includes evenings and Saturdays. Ultimately, you will find this a blessing because it will be much easier to meet your clinical hour's requirement by having these times available for couples and families. You will be engaged in tele-

therapy for now, however once you are on-campus you will be assigned an office slot based on your caseload. This will also include evenings and weekends. By the end of the first year, you will have a core caseload of reliable clients who require the continuity of treatment. As you know, the program is designed as a 21 month terminal clinical training program. You will enroll in two courses plus supervision and continue to see clients throughout the Summer of 2021Y you will have a two-week break for vacation between the end of summer quarter and the start of Fall quarter 2021.

**COMPUTERS AND INTERNET SERVICE:** It will be absolutely necessary that you have a computer with camera and microphone that runs the latest operating system Microsoft Windows 10 Pro or Mac OS 10.12 platform and an internet connection. All of your courses, meetings, and experiences this first quarter will be done using the Zoom Platform. Northwestern has Zoom integrated in their CANVAS Platform for your use. Along with access to many other systems once you get started in the clinic seeing clients, a HIPAA Compliant business version of Zoom will be assigned to you for you to see clients.

**MY TRANSITION FROM PROGRM DIRECTOR TO FACULTY MEMBER**: As you are aware, my time as program director for the MSMFT Program is coming to an end and Dr. Mudita Rastogi, Ph.D. will take the proverbial reigns and step up as my successor on September 1st. I will remain in an active consulting role in the upcoming year, and will see you either in person or remotely as instructor for MSFT 402: Methods of Systemic Therapy Winter 2021. Dr. Rastogi, will be sending you a follow-up letter later this summer.

The above are the essentials for now. You will be given additional information throughout the orientation process. It won't be long now. The faculty and supervisors eagerly await your "arrival".

Continued wishes of good health during these unpredictable times.

Sincerely,

Douglas C. Breunlin, MSSA, LMFT, LCSW
Director, Master of Science in Marriage and Family Therapy
Clinical Professor, Department of Psychology, Northwestern University
McCormick Tribune Foundation Chair in Family Therapy
Center for Applied Psychological and Family Studies
The Family Institute at Northwestern University

