**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NATHANIEL POLLEY, NANCY QUIROZ, SURYA VEERAVALLI, and DANIEL GREENWALD, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>NORTHWESTERN UNIVERSITY,<br><br>　　　　　　Defendant. | Civil Action No. 1:20-cv-04798<br>Honorable Judge Harry D. Leinenweber |

**DECLARATION OF JONATHAN YATES IN SUPPORT OF DEFENDANT
NORTHWESTERN UNIVERSITY'S MOTION TO DISMISS THE COMPLAINT**

I, Jonathan Yates, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.　　I am Assistant Vice President of Communications at Northwestern University's Global Marketing and Communications Office. I submit this declaration in support of Northwestern's Motion to Dismiss the Complaint. I am familiar with the facts and circumstances set forth herein based upon personal knowledge and/or a review of my files in connection with this matter.

2.　　Attached hereto as **Exhibit 1** is a true and correct copy of the contents of a communication from Northwestern that was emailed on March 11, 2020 to all Northwestern students with the subject line "Spring Break Extended and Spring Quarter Classes Will Be Remote," and then posted publicly that same day on Northwestern's website. This communication

can be accessed at: https://www.northwestern.edu/coronavirus-covid-19-updates/developments/ updates/spring-break-extended-spring-quarter-remote.html.

3. Attached as **Exhibit 2** is a true and correct exemplar of a communication that was emailed on March 12, 2020 to all Northwestern students with the subject line "Remote learning resources."

4. Attached hereto as **Exhibit 3** is a true and correct copy of the contents of a communication from Northwestern that was emailed on March 19, 2020 to all Northwestern students with the subject line "Essential Faculty, Staff, and Students Only on Site," and then posted publicly that same day on Northwestern's website. This communication is available at: https://www.northwestern.edu/coronavirus-covid-19-updates/developments/essential-faculty-staff-and-staff-only-on-site.html.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the contents of a communication from Northwestern that was emailed on March 20, 2020 to all Northwestern students with the subject line "Illinois Stay-at-Home Order Issued," and then posted publicly that same day on Northwestern's website. This communication is available at: https://www.northwestern.edu/coronavirus-covid-19-updates/developments/stay-at-home-order.html.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the contents of a communication from Northwestern that was emailed on March 26, 2020 to all Northwestern undergraduate students with the subject line "Undergraduate Room and Board Refunds," and then posted publicly that same day on Northwestern's website. This communication is available at: https://www.northwestern.edu/coronavirus-covid-19-updates/developments/undergraduate-room-and-board-refunds.html.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of the contents of a communication from Northwestern that was emailed on March 31, 2020 to all Northwestern undergraduate students who were registered or eligible to register for Spring 2020 Quarter courses with the subject line "Undergraduate Spring Quarter Grading and Policy," and then posted publicly that same day on Northwestern's website.    This communication is available at: https://www.northwestern.edu/coronavirus-covid-19-updates/developments/undergraduate-spring-quarter-grading-and-policy.html.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of the contents of a communication from Northwestern that was emailed to all Northwestern graduate students on March 31, 2020 with the subject line "Graduate Spring Quarter Grading and Policy," and then posted publicly that same day on Northwestern's website.  This communication is available at: https://www.northwestern.edu/coronavirus-covid-19-updates/developments/graduate-spring-quarter-grading-and-policy.html.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of the contents of a communication from Northwestern that was emailed to all students on May 22, 2020 with the subject line "Phased Return to Campus Plan," and then posted publicly that same day on Northwestern's website.  This communication is available at: https://www.northwestern.edu/coronavirus-covid-19-updates/developments/phased-return-to-campus-plan.html.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of the contents of a communication from Northwestern that was emailed to all students on June 16, 2020 with the subject line "Student Fall 2020 Academic Update," and then posted publicly that same day on Northwestern's website.  This communication is available at: https://www.northwestern.edu/coronavirus-covid-19-updates/developments/student-fall-2020-academic-update.html.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of the contents of a communication from Northwestern that was emailed to all currently enrolled and pre-matriculated Northwestern students on July 22, 2020 with the subject line "Message to Students: Your Northwestern Academic Experience in the Fall," and then posted publicly that same day on Northwestern's website.  This communication is available at: https://www.northwestern.edu/coronavirus-covid-19-updates/developments/message-to-students-your-northwestern-academic-experience-in-the-fall.html.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of the contents of a communication from Northwestern that was emailed to all students on July 31, 2020 with the subject line "Student Fall Quarter Preparations," and then posted publicly that same day on Northwestern's website.  This communication is available at: https://www.northwestern.edu/coronavirus-covid-19-updates/developments/student-fall-quarter-preparations.html.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 4, 2021                    Jonathan Yates

4