# EXHIBIT 5

Case: 1:20-cv-04798 Document #: 34-5 Filed: 02/05/21 Page 2 of 3 PageID #:393

COVID-19 and Campus Updates

# Undergraduate Room and Board Refunds

March 26, 2020

Dear Northwestern undergraduates,

We appreciate your understanding and flexibility as we implement changes in response to the COVID-19 pandemic. We know from your emails and from conversations that many of you are concerned about room and board costs for Spring Quarter.

With that in mind, we want to share information regarding adjustments that may help alleviate some of the uncertainty our students and their families may face in the coming weeks and months.

# Refunds for Housing, Dining and Fees

We will issue credits for all Spring Quarter housing and dining costs for any student who has already left campus housing or who will do so by the end of spring break (on or before Sunday, April 5).

Students who remain in campus housing but who move out some time during Spring Quarter will receive a pro-rated credit of housing and dining costs. Similarly, if the University returns to in-person instruction during the Spring Quarter, students who choose to return to campus housing will be billed on a pro-rated basis determined by the date they return.

As previously communicated, we expect to know by April 17 whether we can return to campus or if we will conduct all of Spring Quarter remotely. More information will be shared closer to that date, such as arrangements for items left in campus residences.

The student athletic fee for Spring Quarter will be refunded whether or not you remain on campus. All other undergraduate fees will remain in place.

Additional resources have been devoted to providing faculty with training, equipment and software to ensure the smoothest transition to remote instruction possible. Faculty have risen to the challenge and are committed to providing excellent student-learning experiences with the right balance of rigor and engagement.

# Receiving Funds and Impact on Financial Aid

Students are not required to submit a request for the housing, dining and fee credits. The credits will be automatically applied to student accounts. More information about refunds can be found online (https://www.northwestern.edu/ses/students/financial-services/request-a-refund.html). We recognize the economic uncertainty many of our Northwestern families face during this pandemic, and we will work to process adjustments as soon as possible.

There will be no reductions to undergraduate financial aid. Those students with sufficient aid to cover housing, dining and fees can apply those credits toward other expenses. We recognize that there are costs involved with living with your family or other arrangements you might have made. If you have questions about financial aid, please contact the office of Undergraduate Financial Aid (https://undergradaid.northwestern.edu/help/contact.html).

Given the circumstances, Northwestern will also waive late fees on student bills due April 1. No fees will be charged if payments are made in full by April 30. We hope this will provide additional flexibility to students and their families in the coming days.

# We are Here to Support You

Please visit Northwestern's COVID-19 site (/../index.html) regularly, as it is updated with new information and is home to important FAQs (/../resources/frequently-asked-questions/index.html), resources and guidance. You can also connect with our COVID-19 resource center at nu-covid@northwestern.edu (/mailto:nu-covid@northwestern.edu) and 847-467-4111 if you have questions.

In addition, you can virtually access Health Service in Evanston (https://www.northwestern.edu/healthservice-evanston/) or Chicago (https://www.northwestern.edu/healthservice-chicago/), as well as Counseling and Psychological Services (https://www.northwestern.edu/counseling/) (CAPS) should you need assistance. Students who live in the Evanston area or remain on campus can access Health Service in person.

We remain profoundly moved by the way our community has responded with grace, resilience and compassion. We expect nothing less from our Northwestern family.

Sincerely,

**Julie Payne-Kirchmeier**
Vice President for Student Affairs

**Jonathan Holloway**
Provost and Professor

**Kathleen Hagerty**
Interim Provost Designate

**Craig Johnson**
Senior Vice President for Business and Finance

Back to Top (/#top-bar)
Northwestern University
(/https://www.northwestern.edu)

# Northwestern Resources

Accessibility (/https://www.northwestern.edu/accessibility)
Campus Emergency Information (/https://www.northwestern.edu/emergency/index.html)
Careers (/https://www.northwestern.edu/hr/careers/)
Contact Northwestern University (/https://www.northwestern.edu/contact.html)
University Policies (/https://policies.northwestern.edu/)

© 2021 Northwestern University

- Facebook @NorthwesternU (/https://www.facebook.com/NorthwesternU)
- Twitter @northwesternU (/https://www.twitter.com/northwesternu)
- Instagram @northwesternu (/https://www.instagram.com/northwesternu)
- YouTube @NorthwesternU (/https://www.youtube.com/user/NorthwesternU)
- Futurity Futurity (/https://www.futurity.org/university/northwestern-university/)
- RSS RSS Feed (/https://news.northwestern.edu/feeds/allStories)

Disclaimer (/https://www.northwestern.edu/disclaimer.html)