UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Nathaniel Polley, et al.
                              Plaintiff,

v.                                          Case No.: 1:20−cv−04798
                                                         Honorable Harry D. Leinenweber

Northwestern University
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 4, 2022:

      MINUTE entry before the Honorable Harry D. Leinenweber: For the reasons stated in the Court's next docket entry and order, Northwestern's Motion to Dismiss (Dkt. No. 58) is denied. Telephone Conference set for 9/27/22 at 9:15 a.m. for further scheduling. Dial: 888−684−8852 or 215−446−0155, access code: 9582710#. Outstanding responsive pleadings shall be filed by 9/21/22. Joint status report shall be filed by 9/21/22. Mailed notice notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.