**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NANCY QUIROZ, SURYA VEERAVALLI, and DANIEL GREENWALD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN UNIVERSITY,<br><br>Defendant. | Civil Action No. 1:20-cv-04798<br><br>**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Honorable Lindsay C. Jenkins |

**PLEASE TAKE NOTICE** that Plaintiffs, by and through their counsel, respectfully move for an order under Federal Rule of Civil Procedure 23:

(1) Preliminarily approving the proposed Settlement on behalf of the Settlement Class according to the terms of the Settlement Agreement;

(2) Provisionally certifying, for purposes of settlement only, the Settlement Class defined as:

all full-time students enrolled in degree-conferring programs at Northwestern University campuses in the United States for Spring 2020, Summer 2020 and/or Fall 2020 quarters or terms, and whose tuition was not fully funded by Northwestern in any of the respective quarters or terms (Spring 2020, Summer 2020, or Fall 2020) in which they were thereby enrolled. Excluded from the Settlement Class are (1) any District Judge or Magistrate Judge presiding over this Action, his or her law clerks, spouse, and any person within the third degree of relationship living in the Judge's household and the spouse of such a person; (2) Northwestern and any entity in which Northwestern has a controlling interest, and their current or former trustees, officers, directors, agents, attorneys, and employees; (3) persons who properly execute and file a timely request for exclusion from the Settlement Class; and (4) the legal representatives, successors or assigns of any such excluded persons;

(3) Preliminarily appointing Plaintiffs as Class Representatives;

(4) Approving the proposed notice procedures and schedule, including the proposed Settlement Administrator;

(5) Entering the proposed Preliminary Approval Order; and

(6) Granting such other further relief as may be just and appropriate.

This motion is based upon this notice, the concurrently filed declarations and memorandum of points and authorities, and upon all prior proceedings, pleadings, and filings in the above-captioned action.

Dated: January 7, 2026

Respectfully submitted,

*/s/ (Eddie) Jae K. Kim*
(Eddie) Jae K. Kim
Tiffine E. Malamphy
**LYNCH CARPENTER LLP**
117 East Colorado Blvd., Suite 600
Pasadena, CA 91105
Phone: 626.550.1250
Fax: 619.756.6991
ekim@lcllp.com
tiffine@lcllp.com

James A. Francis
John Soumilas
David A. Searles
Edward H. Skipton
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
(215) 735-8600
(215) 940-8000 (FAX)
Email: jfrancis@consumerlawfirm.com
Email: jsoumilas@consumerlawfirm.com
Email: dsearles@consumerlawfirm.com
Email: eskipton@consumerlawfirm.com

Yvette Golan
**THE GOLAN LAW FIRM**
2000 M Street, N.W., Suite #750-A
Washington, DC 20036
(866) 298-4150, ext. 101

2

(928) 441-8250 (FAX)
Email: ygolan@tgfirm.com

Jeffrey K. Brown, Esq.
Michael Tompkins, Esq.
**LEEDS BROWN LAW, P.C.**
One Old Country Road, Suite 347
Carle Place, NY 11514
(516) 873-9550
jbrown@leedsbrownlaw.com
mtompkins@leedsbrownlaw.com

Daniel A. Edelman
Tara L. Goodwin
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

*Counsel for Plaintiffs
and the Proposed Class*